# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: SAN FRANCISCO



CR 07 0634 MMC

UNITED STATES OF AMERICA,

V.

DANIEL HICKEY

DEFENDANT.

# INDICTMENT

A true bill.

_____ Foreman

Filed in open court this _____ day of
OCTOBER 2007

_____ Clerk
BETTY FONG

Bail, $ NO BAIL WARRANT

James Larson
Chief U.S. Magistrate Judge

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 USC sec. 2252(a)(4)-Possession Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment; $250,000.00 fine; lifetime supervised release; $100.00 special assessment

FILED
07 OCT -9 AM 10: 39
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**
DANIEL HICKEY

**DISTRICT COURT NUMBER**
CR 07 0634 MMC

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Allison Marston Danner

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,        ) No.
                                      )
14 |     Plaintiff,                   ) VIOLATION: 18 U.S.C. § 2252(a)(4)(B)–
                                      ) Possession of Child Pornography
15 | v.                               )
                                      )
16 |                                  ) SAN FRANCISCO VENUE
   DANIEL HICKEY,                     )
17 |                                  )
       Defendant.                     )
18 |_____ )

19                    I N D I C T M E N T

20 The Grand Jury charges:

21 COUNT ONE: (18 U.S.C. § 2252(a)(4)(B)

22     On or about July 11, 2007, in the Northern District of California, the defendant,

23                         DANIEL HICKEY,

24 did knowingly possess one or more matters, that is, a computer hard drive, which contained one

25 or more visual depictions that had been shipped and transported in interstate or foreign

26 commerce, by any means including by computer, where the producing of such visual depictions,

27 as he knew, involved the use of a minor engaging in sexually explicit conduct and such visual

28 \\\

INDICTMENT

1 | depictions were of such conduct, in violation of Title 18, United States Code, Section
2 | 2252(a)(4)(B).
3 | FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
4 | Upon conviction of the offenses alleged in Count One, the defendant,
5 | DANIEL HICKEY,
6 | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
7 | and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
8 | property, real or personal, used or intended to be used to commit or promote the commission of
9 | the offenses of conviction, including but not limited to the following items that were seized from
10 | defendant on July 10, 2007:
11 |    a.   DELL computer, serial number CN-001494-70821-3594872.
12 |
13 | DATED:  10/09/07                          A TRUE BILL.
14 |
15 |                                           FOREPERSON
16 | SCOTT N. SCHOOLS
     United States Attorney
17 |
18 |
19 | GREG W. LOWDER
     Deputy Chief, Major Crimes Section
20 |
21 | (Approved as to form:                    )
                            AUSA Danner
22 |
23 |
24 |
25 |
26 |
27 |
28 |

INDICTMENT                                  2