

October 24, 2007

Honorable Maxine M. Chesney
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

                Re:    *United States v. Daniel Hickey,* No. CR 07-0634 MMC
                      United States Appeal From Magistrate Judge's Order Authorizing Release
                      of Defendant
                      Objection to Proposed Hearing Date of October 24, 2007

Dear Judge Chesney,

       When I received the government's Appeal from Magistrate Chen's Pretrial Release Order I spoken with AUSA Allison Danner. I told Ms. Danner that due to my schedule I would not have sufficient time to prepare the briefing and be prepared for hearing by October 24, 2007.

       I never received any notice from the court that a date for the hearing of the government's appeal had been set. On October 23, 2007 close to the noon hour I received a message from AUSA Danner that your clerk had called to inform the government that the court was intending to hear the appeal.

       I had to drop everything I was doing to attempt to prepare defendant's briefing for the hearing. It is now 2:40 am and I am not done and may not be prepared to file until after the noon hour today.

       Please deem this letter defendant's Hickey's objection to lack of notice regarding the appeal and a request for continuance if counsel is not prepared to proceed this afternoon at 2:30pm.

                                        Respectfully,
                                        Law Offices of Garrick S. Lew

                                        Garrick S. Lew

Design Center East · 600 Townsend Street, Suite 329E · San Francisco, CA 94103-4937
Tel: 415.575.3588 · Fax: 415.522.1506
Web: www.garricklew.com · Email: glew@defendergroup.com

Very truly yours,


Garrick S. Lew

cc:

Design Center East · 600 Townsend Street, Suite 329E · San Francisco, CA  94103-4937
Tel: 415.575.3588 · Fax: 415.522.1506
Web: www.garricklew.com · Email: glew@defendergroup.com