UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: OCT 24 2007     E-Filing

Case No. CR-07-0634 MMC       JUDGE: **Maxine M. Chesney**

DEFENDANT: Daniel Hickey

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Allison Danner

ATTORNEY FOR DEFENDANT: Garrick Lew

Deputy Clerk: TRACY LUCERO       Reporter: Catherine Edwards

**PROCEEDINGS**

REASON FOR HEARING: Initial Status/Trial Setting Conference. Gov't's Appeal from Magistrate Judge's Order Authorizing Pretrial Release

RESULT OF HEARING: Court Denies Gov't's Appeal for the reasons stated on the record. Δ's counsel informed the Court that Δ will probably need a Public Defender or CJA Counsel appointed.

Case continued to 11/7/07 @ 2:30 for Further Status./ ID of Counsel
Case continued to _____ for Motions.
  (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 11/7/07 @ 9:30 for Substitution/Appointment of Counsel before Duty Mag. Zimmerman

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

cc: Lashanda