GARRICK S. LEW (SBN 61889)
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Fax:        (415) 522-1506
Attorney for Defendant
Daniel Marshall Hickey

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0634 MMC |
| Plaintiff, ) | |
| vs. ) | |
| ) | SEALING ORDER |
| DANIEL MARSHALL HICKEY, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, the Clerk of the Court is hereby ordered to seal the:

1. DEFENDANT'S OPPOSITION TO GOVERNMENT'S APPEAL FROM MAGISTRATE JUDGE'S ORDER AUTHORIZING PRETRIAL RELEASE OF DEFENDANT

2. DECLARATION OF HOLLY SADOFF IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE

3. DECLARATION OF HARLAN HICKEY IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE

4. DECLARATION OF GARRICK S. LEW IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE

and such documents are hereby ordered to be filed under seal.

DATED:

_____
The Honorable Maxine M. Chesney
United States District Court Judge

1  GARRICK S. LEW (SBN 61889)
   600 Townsend Street, Suite 329E
2  San Francisco, CA 94103
   Telephone: (415) 575-3588
3  Fax:          (415) 522-1506
   Attorney for Defendant
4  Daniel Marshall Hickey

5

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10  UNITED STATES OF AMERICA,        )
                                     )   No. CR-07-0634  MMC
11             Plaintiff,            )
         vs.                         )
12                                   )   APPLICATION FOR
                                     )   SEALING ORDER
13  DANIEL MARSHALL HICKEY,          )
                                     )
14                                   )
               Defendant.            )
15  _____  )

16
        Defendant DANIEL MARSHALL HICKEY hereby moves that the attached:
17
        1.  DEFENDANT'S OPPOSITION TO GOVERNMENT'S APPEAL FROM MAGISTRATE JUDGE'S
18          ORDER AUTHORIZING PRETRIAL RELEASE OF DEFENDANT

19      2.  DECLARATION OF HOLLY SADOFF IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE

20      3.  DECLARATION OF HARLAN HICKEY IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE

21      4.  DECLARATION OF GARRICK S. LEW IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE
    be ordered filed **under seal**, and that such documents remain sealed pending further order of this
22
    court.  A Sealing Order is required to protect the privacy rights of a minor witness rights and to
23
    preserve confidential and privileged information pursuant to Federal Rule of Evidence 501(3).
24
    Dated: October 24, 2007              Respectfully submitted,
25

26

27
                                         _____
28                                       GARRICK S. LEW, Attorney for Defendant