GARRICK S. LEW (SBN 61889)
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Fax:        (415) 522-1506
Attorney for Defendant
Daniel Marshall Hickey

**E-Filing**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-0634 MMC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | SEALING ORDER |
| DANIEL MARSHALL HICKEY, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, the Clerk of the Court is hereby ordered to seal the:

1. DEFENDANT'S OPPOSITION TO GOVERNMENT'S APPEAL FROM MAGISTRATE JUDGE'S ORDER AUTHORIZING PRETRIAL RELEASE OF DEFENDANT

2. DECLARATION OF HOLLY SADOFF IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE

3. DECLARATION OF HARLAN HICKEY IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE

4. DECLARATION OF GARRICK S. LEW IN SUPPORT OF DEFENDANT'S PRETRIAL RELEASE

and such documents are hereby ordered to be filed under seal.

DATED: OCT

/s/ Maxine M. Chesney
The Honorable Maxine M. Chesney
United States District Court Judge