UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

**E-Filing**

Date: _NOV - 7 2007_

Case No. _CR-07-0634 MMC_     JUDGE:   **Maxine M. Chesney**

_DANIEL HICKEY_     Present (✓) Not Present ( ) In Custody ( )
DEFENDANT

_ALLISON DANNER_     _DANIEL BLANK_
U.S. ATTORNEY     ATTORNEY FOR DEFENDANT

TRACY LUCERO
Deputy Clerk: _____     Reporter: _MARGO GUEULE_

**PROCEEDINGS**

REASON FOR HEARING    _FURTHER STATUS / ID of COUNSEL_

RESULT OF HEARING    _AFPD BLANK Appointed by DUTY MAGISTRATE_
_this morning._
_Counsel NEEDS ADDiTiONAL time to_
_REVIEW DISCOVERY MATERIALS._

Case continued to _11/28/07 C 2:30_ for Further Status.
Case continued to _____ for Motions.
          (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: _____day(s)
Case continued to _____ for _____

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////
_Preparation_
EXCLUDABLE DELAY (Category) _of Counsel_ Begins _11/7/07_ Ends _11/28/07_
/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////