UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: NOV 28 2007

Case No. CR-07-0634 MMC

JUDGE: Maxine M. Chesney

DANIEL HICKEY
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

ALLISON DANNER
U.S. ATTORNEY

DANIEL BLANK
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: CATHERINE EDWARDS

## PROCEEDINGS

REASON FOR HEARING: Change of Plea - Held.

RESULT OF HEARING: Application to enter guilty plea filed with Court.
Δ pled guilty to Count ONE of Indictment.
Gov't made motion that Δ be remanded into custody - DENIED FOR REASONS STATED ON THE RECORD.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
     (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 3/5/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____