UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL HICKEY,<br><br>　　　　Defendant. | Case No.  CR 07-0634 MMC<br><br>[PROPOSED] PRELIMINARY ORDER OF FORFEITURE |

　　　Having considered the application for a preliminary order of forfeiture filed by the United States and the defendant's plea agreement and consent to the forfeiture allegation before this Court on November 28, 2007, and good cause appearing,

　　　IT IS HEREBY ORDERED that defendant Daniel Hickey shall forfeit to the United States all of his right, title and interest in the following:

　　　Dell computer, serial number CN-001494-70821-3594872

pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

　　　IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30)

days of the final publication of notice or of receipt of actual notice, whichever is earlier.

      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this ___ day of _____ 2007.

_____
MAXINE M. CHESNEY
United States District Judge