JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON DANNER (CSBN 195046)
STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6816
   Fax: (415) 436-6748

   email: allison.danner@usdoj.gov
            stephanie.hinds@usdoj.gov

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0634 MMC |
| Plaintiff, | PUBLIC NOTICE OF FORFEITURE ACTION |
| v. | |
| DANIEL HICKEY | |
| Defendant. | |

NOTICE IS HEREBY GIVEN[1], that on or about January 2, 2008 in the above captioned case, the Honorable Maxine M. Chesney, United States District Judge for the Northern District of California, entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in the following:

     Dell computer, serial number CN-001494-70821-3594872

pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property in such manner as the United States Attorney General may direct.

---

[1] Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

Pursuant to 21 U.S.C. § 853(n), if you have a legal interest in this property, you must petition the United States District Court for the Northern District of California, within thirty (30) days of receipt of this notice, for a hearing to adjudicate the validity of your alleged legal interest in this property.  If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of your right, title and interest in said property, the time and circumstances of your acquisition of the right, title or interest in the property and any additional facts supporting your claim and the relief sought.

The petition shall be filed with the United States District Court Clerk, Northern District of California, 280 S. First Street, San Jose, California, 95113 and a copy of the petition served upon Allison Danner, Assistant United States Attorney, United States Attorneys Office, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102 and upon Stephanie M. Hinds, Assistant United States Attorney, United States Attorneys Office, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102.

Any hearing on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition.  The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendants named above.

You have the right at the hearing to testify and present evidence and witnesses on your behalf and to cross examine witnesses who appear at the hearing.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES.  THE UNITED STATES SHALL

///

1 | THEN HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY
2 | WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.
3 |
4 | Dated: 1/17/08                          Respectfully submitted,
  |                                         JOSEPH P. RUSSONIELLO
5 |                                         United States Attorney
6 |                                                /S/
7 |                                         ALLISON DANNER
  |                                         STEPHANIE M. HINDS
8 |                                         Assistant United States Attorneys