1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant HICKEY

6

7
                      IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,              )   No. CR-07-634 MMC
                                          )
11              Plaintiff,                 )   **DEFENDANT'S NOTICE OF**
                                          )   **SUBSTITUTION OF COUNSEL**
12       v.                                )
                                          )
13  DANIEL HICKEY                          )   Date: March 6, 2008
                                          )   Time: 2:30 p.m.
14              Defendant.                 )   Court: The Honorable Maxine M.
    _____)   Chesney

15

16       PLEASE TAKE NOTICE that counsel in the aforementioned matter is hereby SUBSTITUTED

17  as indicated above.  Please substitute counsel Elizabeth M. Falk, Office of the Federal Public

18  Defender, 450 Golden Gate Avenue, San Francisco, California 94107, telephone 415-436-7700, fax

19  415-436-7706,  as counsel of record in this matter, direct all future filings and orders to Ms. Falk's

20  attention, add Ms. Falk to ECF in the aforementioned case.

21  Dated:       January 28, 2008

22                                   BARRY J. PORTMAN
                                     Federal Public Defender
23
                                         /S/
24
                                     _____
25                                   ELIZABETH M. FALK
                                     Assistant Federal Public Defender
26

Notice of Substitution of Counsel
No. CR-07-634 MMC

                                        **1**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Substitution of Counsel
No. CR-07-634 MMC