

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**



DEBRA K. AASMUNDSTAD
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
1301 Clay Street Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7542
FAX: (415) 436-7114

January 24, 2008

MEMORANDUM

The Maxine M. Chesney
United States District Judge

**E-Filing**

**RE: Daniel Hickey**
**Docket No. CR 07-0634**
**REQUEST FOR CONTINUANCE**

Your Honor:

On November 28, 2007, the Court ordered a Presentence Investigation Report for the above named defendant, who has plead guilty to a violation of 18 U.S.C. § 2252(a)(4)(B)-Possession of Child Pornography. Judgment and Sentencing are set for March 5, 2008.

The undersigned officer is requesting a three week continuance in order to adequately prepare a thorough presentence report. This officer is asking for additional time to conduct a home inspection, speak to family members and meet with investigative agents. Additionally, I am waiting to receive a psychological report that was prepared on the defendant's behalf. Both defense counsel and the U.S. Attorney have been contacted and have no objection to a continuance. The undersigned is asking for a continuance to March 26, 2008. If the Court approves the continuance, a proposed order is attached for Your Honor's convenience.

Respectfully submitted,

Jessica A. Goldsberry
U.S. Probation Officer

Reviewed and Approved by:

Robert Ramirez
Supervising U.S. Probation Officer

cc: AUSA Allison Danner
    Defense Counsel Elizabeth Falk