# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 07-0634 MMC |
| Daniel Hickey | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _March 5, 2008_ be continued until _March 26, 2008_ at _2:30 p.m._ .

Date: **JAN 2 9 2008**

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04