1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant HICKEY
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR-07-634 MMC
                                     )
12            Plaintiff,             )
                                     )  **STIPULATION AND [PROPOSED]**
13  vs.                              )  **ORDER TO CONTINUE SENTENCING**
                                     )  **DATE**
14  DANIEL HICKEY,                   )
                                     )  Date:  March 26, 2008
15            Defendant.             )  Time:  2:30 p.m.
                                     )  Court: The Honorable Maxine M. Chesney
16  _____)

17

18       Undersigned counsel stipulate as follows:

19       1.   Sentencing in this matter is currently set for March 26, 2008, at 2:30 p.m.;

20       2.   Both the USPO assigned to the case, as well as defense counsel received earlier

21            this week approximately 1,000 pages of Mr. Hickey's medical records. Defense

22            counsel needs time to review these records in order to file sufficient objections to

23            the Presentence Report;

24       3.   Government counsel and defense counsel have also made arrangements for the

25            viewing of computer images that are relevant to certain enhancements. Due to

26            scheduling difficulties, this meeting could not be arranged prior to the time

1         defense counsel's objections are due for the Presentence Report (February 30,

2         2008). Defense counsel needs to view the images prior to filing a final objection

3         letter with the Probation Department for the Presentence Report;

4    4. Defense counsel requests a continuance of the sentencing for the purpose of

5         allowing her to view and count the relevant images and their locations, as well as

6         review the 1000 pages of medical records and prepare a summary and a PSR

7         objection letter for the Probation Department that reflects the diagnoses contained

8         in the medical records, for the purpose of arguing that a departure is appropriate

9         on these grounds;

10    5. Government counsel has no opposition to the request for a continuance of the

11         sentencing date for this purpose. Government counsel is unavailable April 9 or

12         April 16, 2008. As such, the parties have agreed on April 23, 2008, at 2:30 p.m.;

13    6. USPO Jessica Goldsberry has been contacted by government counsel, and has no

14         objection to a continuance of the sentencing date to April 23, 2008 at 2:30 p.m.

15

16 **IT IS SO STIPULATED**

17

Dated: February 28, 2008                        /S/

18                                                            ELIZABETH M. FALK
                                                           Assistant Federal Public Defender

19

20 Dated: February 28, 2008                        /S/
                                                          ALLISON M. DANNER

21                                                            Assistant United States Attorney

22

23                                       **[PROPOSED] ORDER**

24    GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing date in the

25 \\

26 \\

*Hickey*, CR 07-0634 MMC
STIP. TO CONTINUE SENTENCING DATE       2

1  aforementioned matter currently set for March 26, 2008, is vacated.  The sentence date shall be
2  continued to April 23, 2008 at 2:30 p.m.
3
4  **IT IS SO ORDERED**.
5
6
7  Dated: February 29, 2008
          _____
          THE HONORABLE MAXINE M. CHESNEY
          UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26