JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON DANNER (CSBN 195046)
STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6816
Fax: (415) 436-6748

email: allison.danner@usdoj.gov
stephanie.hinds@usdoj.gov

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL HICKEY, <br><br> Defendant. | Case No.  CR  07-0634 MMC <br><br> **APPLICATION OF THE UNITED STATES FOR ISSUANCE OF A FINAL ORDER OF FORFEITURE** |

On January 2, 2008, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in a Dell computer, serial number CN-001494-70821-3594872, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. On February 8, 15, and 22, 2008, the United States published notice of the forfeiture action in The San Francisco Daily Journal, a newspaper of general circulation in the San Francisco Bay Area in accordance with the law. The notice also advised potential third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

1 | The United States represents that no petitions have been filed.

2 | Therefore, the United States respectfully requests that the Court enter the proposed Final
3 | Order of Forfeiture, directing that the property described above be forfeited to the United States,
4 | pursuant to Title 18, United States Code, Sections 2253(a)(1) and (3).

5 | Dated: 3/31/08                             Respectfully submitted,

6 |                                            JOSEPH P. RUSSONIELLO
                                               United States Attorney

7 |                                                    /S/

8 |                                            ALLISON DANNER
9 |                                            STEPHANIE M. HINDS
                                               Assistant United States Attorneys

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following documents

- **APPLICATION FOR A FINAL ORDER OF FORFEITURE;**
- **[PROPOSED] FINAL ORDER OF FORFEITURE**

to be served by electronic mail upon the person(s) identified below at their last known place of address:

Elizabeth Meyer Falk, Esq.  
Office of the Public Defender's Office  
450 Golden Gate Avenue, 19th Floor  
San Francisco, CA 94102

Garrick Sherman Lew, Esq.  
Law Office of Garrick S. Lew  
600 Townsend Street, Suite 329E  
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of April, 2008, at San Francisco, California.

_____/S/_____  
ALICIA CHIN  
Paralegal/ Asset Forfeiture Unit