```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA  94102
 4  Telephone:  (415) 436-7700

 5  Counsel for Defendant HICKEY

 6

 7                    IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,          )  No. CR-07-634 MMC
                                       )
11             Plaintiff,              )  DECLARATION OF ELIZABETH M.
                                       )  FALK IN SUPPORT OF
12       v.                            )  DEFENDANT'S SENTENCING
                                       )  MEMORANDUM
13                                     )
                                       )
14  DANIEL HICKEY,                     )  Date:   April 23, 2008
                                       )  Time:   2:30 p.m.
15                                     )  Court:  The Honorable Maxine M.
               Defendant.              )          Chesney
16  _____)

17

18
         I, Elizabeth M. Falk, declare the following to be true under penalty of perjury:
19

20
         1.    I am an Assistant Federal Public Defender and am counsel of record for Daniel Hickey;
21

22
         2.    Attached hereto are documents that I received that I now submit to the Court in support
23
               of Mr. Hickey's sentencing;
24

25

26
    Falk Declaration in Support of Defendant's
    Sentencing Memorandum
    No. CR-07-634 MMC
                                              1
```

3. Exhibit A to this Declaration is a letter written by Dr. Michael Shlipak, who is Mr. Hickey's treating physician at the VA Medical Center. Dr. Shlipak has indicated to me that he is available to the Court to answer any questions the Court may have about Mr. Hickey's ongoing medical conditions. His telephone number is 415-221-4810 X 3381;

4. Exhibit B to this Declaration is a letter written by Dr. Robert Daroff, who is Mr. Hickey's treating psychiatrist at the VA Medical Center. This letter concerns Mr. Hickey's mental health. Dr. Daroff has indicated to me that he is available to the Court to answer any questions the Court may have about Mr. Hickey's ongoing medical condition. His telephone number is 415-221-4810 x 4366;

5. Exhibit C to this Declaration is a letter from Mr. Hickey's employer/landlord, William Joe. This letter explains that Mr. Hickey works as the building manager, and that his family receives a below-market rental rate of $900.00 for a $2500.00 per month unit due to Mr. Hickey's employment with the building;

6. Exhibit D to this Declaration is letters of support and/or declarations written by family members Harlan Hickey (son), Holly Sadoff (daughter), Larry Gelwix (former Bishop with the Morman church and friend of Mr. Hickey for 25 years) and Calixta Ho (mother-in-law of Dan Hickey). Mr. Hickey's wife, Stella Hickey, is expected to contribute a letter later this week;

7. Exhibit E to this Declaration is military records reflecting Mr. Hickey's service as a United States Marine, including proof of combat missions, awards, medals, commendations, and honorable discharge;

8. Exhibit F to this Declaration is Mr. Hickey's teaching certificates and records, letters of recommendations, and thank-you letters written to Mr. Hickey for his time contributing to community service functions;

9. Exhibit G to this Declaration is a newspaper clipping documenting Mr. Hickey's election as student body president of his high school.

Dated:     April 16, 2008

                    BARRY J. PORTMAN
                    Federal Public Defender

                    /S/
                    _____
                    ELIZABETH M. FALK
                    Assistant Federal Public Defender

Falk Declaration in Support of Defendant's
Sentencing Memorandum
No. CR-07-634 MMC

3