Exhibit E





W       Top

cke, Cliff Buffom, Charles Colt, Frank Heins, Ace Adams, Tom Gannon, Dennis Gibb, Don Me -
ohn Dell, Joseph White

bb, Richard Witte, Donald Martin, Merle May, Don Almquist, Bill Bolin, Bert Myers, Charles
n, Dave Lozaway.

iggs,   Rudy Meekins, Bob Sherman, Robert Swingle, Claude Bender, Dan Hickey, Claude La-
James Mc Bride, Bernie Morey, Bob Cook.

vas, Tommy Thommasen, Duane Moran, Richard Robasco,  Sgt. Dravat, ( Asst. Class Commander),
Gee, WO Davie, (Class Commander), Melvin Claymiller, Neil Corliss, Jim Glazebrook, Paul



NOT ENLISTED UNDER THE PROVISIONS OF PUBLIC LAW 190, 79th CONGRESS

| CHARACTER OF SEPARATION | REPORT OF SEPARATION FROM THE ARMED FORCES OF THE UNITED STATES | DEPARTMENT |
|---|---|---|
| HONORABLE | | UNITED STATES MARINE CORPS |

## SEPARATION DATA

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. SERVICE NUMBER | 3. GRADE-RATE-RANK AND DATE OF APPOINTMENT | 4. COMPONENT AND BRANCH OR CLASS |
|---|---|---|---|
| HICKEY, Daniel Marshall | 1091566 | SSgt 1Mar52 | USMC |

| 5. QUALIFICATIONS | | 6. EFFECTIVE DATE OF SEPARATION | 7. TYPE OF SEPARATION |
|---|---|---|---|
| SPECIALTY NUMBER OR SYMBOL: 3141 / RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: Freight Transportation Clerk 1-13.97 | | DAY 28 MONTH Nov YEAR 52 | Discharge |

| 8. REASON AND AUTHORITY FOR SEPARATION | 9. PLACE OF SEPARATION |
|---|---|
| LofE Para 10258 | BARSTOW ANNEX (MCDS San Fran) BARSTOW, CALIF |

| 10. DATE OF BIRTH | 11. PLACE OF BIRTH (City and State) | 12. DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|---|
| DAY 18 MONTH Oct YEAR 30 | St Louis Missouri | SEX M | RACE cauc | COLOR HAIR brown | COLOR EYES brown | HEIGHT 67½ | WEIGHT 165 |

## SELECTIVE SERVICE DATA

| 13. REGISTERED | 14. SELECTIVE SERVICE LOCAL BOARD NUMBER (City, County, State) | 15. INDUCTED |
|---|---|---|
| YES / NO X  SELECTIVE SERVICE NUMBER | | DAY / MONTH / YEAR |

| 16. ENLISTED IN OR TRANSFERRED TO A RESERVE COMPONENT | COGNIZANT DISTRICT OR AREA COMMAND |
|---|---|
| YES / NO X  COMPONENT AND BRANCH OR CLASS  USMC | |

| 17. MEANS OF ENTRY OTHER THAN BY INDUCTION | 18. GRADE-RATE OR RANK AT TIME OF ENTRY INTO ACTIVE SERVICE |
|---|---|
| ☐ ENLISTED  ☒ REENLISTED  ☐ COMMISSIONED  ☐ CALLED FROM INACTIVE DUTY | Pvt |

| 19. DATE AND PLACE OF ENTRY INTO ACTIVE SERVICE | 20. HOME ADDRESS AT TIME OF ENTRY INTO ACTIVE SERVICE (St., R.F.D., County, City and State) |
|---|---|
| DAY 30 MONTH Aug YEAR 49  PLACE San Francisco, Calif. | 512 Curry St., Carson City, Nevada |

## SERVICE DATA

| STATEMENT OF SERVICE FOR PAY PURPOSES | A. YEARS | B. MONTHS | C. DAYS | 25. ENLISTMENT ALLOWANCE PAID OR EXTENSION OF ENLISTMENT, IF ANY |
|---|---|---|---|---|
| 21. NET (   ) SERVICE COMPUTED FOR PAY PURPOSES PRECEDING THIS PERIOD | 0 | 3 | 25 | DAY / MONTH / YEAR / AMOUNT |
| 22. NET SERVICE COMPLETED FOR PAY PURPOSES THIS PERIOD | 3 | 2 | 29 | |
| 23. OTHER SERVICE (Act of 16 June 1942 as amended) COMPLETED FOR PAY PURPOSES | 0 | 0 | 0 | 26. FOREIGN AND/OR SEA SERVICE |
| 24. TOTAL NET SERVICE COMPLETED FOR PAY PURPOSES | 3 | 5 | 54 | YEARS 0  MONTHS 5  DAYS 29 |

27. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

UN Serv Med; Korean Serv Med; PUC; Good Conduct Medal;

| 28. MOST SIGNIFICANT DUTY ASSIGNMENT | 29. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known) |
|---|---|
| — | — |

| 30. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRAD. COURSES SUCCESSFULLY COMPLETED | DATES (From-To) | MAJOR COURSE | 31. SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED |
|---|---|---|---|
| SupScol, CLNC | Dec50-May50 | Basic Supply | — |

GOVERNMENT INSURANCE INFORMATION: If premium is not paid when due, or within thirty-one days thereafter, insurance will lapse. Make checks or money orders payable to the Treasurer of the United States. Forward payments for National Service Life Insurance to the Collections Unit, Veterans Administration District Office having jurisdiction of area in which you maintain your mailing address for insurance purposes. Forward payments for United States Government Life Insurance to Collections Division, Veterans Administration, Washington 25, D. C. When making insurance payments be sure to give full name and mailing address for insurance purposes, service number and notice number(s), if known.

| 32. KIND OF INSURANCE (amount and premium due each month) | | 33. MONTH ALLOTMENT DISCONTINUED | 34. MONTH NEXT PREMIUM DUE |
|---|---|---|---|
| N.S.L.I. $10,000 Waived | U.S.G.L.I. — | — | — |

| 35. TOTAL PAYMENT UPON SEPARATION | 36. TRAVEL OR MILEAGE ALLOWANCE INCLUDED IN TOTAL PAYMENT | 37. DISBURSING OFFICER'S NAME AND SYMBOL NUMBER |
|---|---|---|
| $116.23 | $36.24 | H. L. KNOPES |

| 38. REMARKS (Continue on reverse) | 39. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| Held CofG fr 29Aug52 to 28Nov52 auth ALNAV 66-51 and MCMemo 42-52  Will not reenlist in the USMC or the USMCR  Paid $300.00 MOP act of 1952 | [signature]  NAME, GRADE AND TITLE (Typed)  O. K. NEWMAN JR., 2dLt., USMC |

## PERSONAL DATA

| 40. V.A. BENEFITS PREVIOUSLY APPLIED FOR (Specify type) COMPENSATION, PENSION, INSURANCE BENEFITS, ETC. | | CLAIM NUMBER |
|---|---|---|
| — | | — |

| 41. DATES OF LAST CIVILIAN EMPLOYMENT FROM / TO 1949 | 42. MAIN CIVILIAN OCCUPATION | 43. NAME AND ADDRESS OF LAST CIVILIAN EMPLOYER |
|---|---|---|
| | Messenger | State of Nevada |

| 44. UNITED STATES CITIZEN | 45. MARITAL STATUS | 46. NON-SERVICE EDUCATION (Years successfully completed) | | | | MAJOR COURSE OR FIELD |
|---|---|---|---|---|---|---|
| ☒ YES ☐ NO | single | GRAMMAR 8 | HIGH SCHOOL 4 | COLLEGE — | DEGREE(S) — | Acad |

| 47. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER SEPARATION (St., R.F.D., County, City and State) | 48. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| Box 235 Carson City, Nevada | Daniel M Hickey |

DD FORM 214   INDIVIDUAL'S COPY (TO BE DELIVERED TO THE INDIVIDUAL BEING SEPARATED)

Enlisted at MHRS, San Francisco, California on the 30th day of August, 1949, to serve 3 years

Previous service: 12Apr48-6Aug48, NG, NTL

Rank held on discharge: Staff Sergeant — Temporary — 1 March 1952

Military Occupational Specialty: Combat Service Support — 3141

Service (sea, foreign, battles, engagements, expeditions): 15Aug50-13Dec50 Korean Service;15-16 Sep50 assualt and seizure of Inchon Korea;17Sep50-7Oct50 capture and securing of Seoul Korea;26Oct50-1Nov50 Wonsan-Hungnam-Chosin campagin Northern Korea

Service number: 1091566

Organization: BARSTOW ANNEX (MCDS San Francisco) BARSTOW CALIFORNIA

Place of discharge: BARSTOW ANNEX (MCDS San Francisco) BARSTOW CALIFORNIA

I certify that the above is correct according to the service records.

Filed for Record at Request
Daniel Mores has Hickey
SEP 4 1953 at 45
Min. Past 11 o'clock A. M
Recorded in Book 2
Army & Navy Discharges
Page 344 Records
Ormsby County, Nevada
County Recorder
By _____ Deputy

File no. 2689

O. K. NEWMAN JR.
Second Lieutenant, U. S. Marine Corps
Personnel Officer

# United States Marine Corps



# Certificate of Good Conduct

SSgt Daniel Marshall HICKEY 1091566/3141

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal* __First Award__ *for the period* __30 Aug 49__ *to* __29 Aug 52__

★ ★ ★

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps*

SERVICES BRANCH, BARSTOW
ANNEX (MCDS, San Fran),
BARSTOW, CALIFORNIA
__UNIT__
10 September 1952
DATE OF AWARD

J. HOUSTON JR.
Captain   U.S.M.C.
Company Commander
COMMANDING

NAVMC 71-PD                               16—58838-1  U. S. GOVERNMENT PRINTING OFFICE



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* DANIEL MARSHALL HICKEY    1091566/3141 *, I do appoint* STAFF SERGEANT    TEMPORARY *in the*

# United States Marine Corps

*to rank as such from the* first *day of* March *, nineteen hundred and* fifty two

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the*

# Armed Forces of the United States of America

*Given under my hand at* MCDS, San Francisco, California *this* seventh *day of* March *, in the year of our Lord nineteen hundred and* fifty two: AUTH: ALMAR 10-52

                                                                    _R. H. MC DOWELL_
                                                                    Colonel
                                                                    Commanding
                                                                    Depot Troops

DD FORM 216MC
1 JAN 50

GPO : 1951 O—920764



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

IN REPLY REFER TO:
1650
MHM-3

Mr. Daniel M. Hickey
2935 Clay Street
San Francisco, California  94115

Dear Mr. Hickey:

This responds to your letter of February 17, 1993, concerning awards for your service in the U.S. Marine Corps. The delay in responding to your request is regretted.

You are entitled to the following awards:

    Presidential Unit Citation with one bronze star awarded to:

        1st Marine Division for service in Korea for the period September 15, to October 11, 1950

        1st Marine Division for service in Korea for the period November 27, to December 11, 1950

    Good Conduct Medal for service from August 30, 1949, to August 29, 1952

    National Defense Service Medal

    Korean Service Medal with three bronze stars

    Korean Presidential Unit Citation awarded to:

        1st Marine Division for the period September 15 to 27, 1950

        1st Marine Division for the period October 26, 1950, to January 24, 1951

    United Nations Service Medal

    Letter of Appreciation

    Rifle Sharpshooter Badge

As requested, enclosures (1) through (6) are forwarded.

The Korean Presidential Unit Citation is a foreign award and personnel who are authorized this award are entitled to purchase and wear the Korean Presidential Unit Citation Badge. The Korean Presidential Unit Citation Badge consists of a ribbon only, enclosed in a gold metal frame. No device is authorized to

indicate a second award. The badge for this award and the marksmanship qualification badge are not issued by this Headquarters, but may be purchased from most local military shops or exchanges (if eligible), or the following firms:

    National Capital Historical Sales, Inc.
    P.O. Box 605
    Springfield, VA  22150-0605
    Telephone (703) 569-6663

    Quartermaster
    P.O. Box 829
    Long Beach, California  90801
    Telephone (310) 436-6245

    Medals of America
    1929 Fairview Road
    Fountain Inn, SC  29644
    Telephone (803) 862-6425

During the Korean Conflict, the Presidential Unit Citation without a bronze star is authorized for the first award and is represented by a ribbon bar only. Each additional award is represented by a bronze star. You are not entitled to three bronze stars for the award as indicated in your letter, but are entitled to a ribbon bar for the first award and one bronze star indicative of a second award, inasmuch as you served in Korea during the period September 15, to December 18, 1950, with the First Marine Division. During this period, the Division was authorized two Presidential Unit Citations for service during the period September 15, to October 11, 1950; and November 27, to December 11, 1950.

In order to identify the awards provided, enclosure (7) is forwarded.

A copy of this letter will be filed in your official military records.

                                        Sincerely,

                                        R. G. McCUE
                                        Head, Campaign & Service Awards
                                        Section, Military Awards Branch
                                        Human Resources Division
                                        By direction of
                                        the Commandant of the Marine Corps

Encl:
(1) Facsimilies of Presidential Unit Citations w/ribbon bar and
    one bronze star

                                               2