(2)  Good Conduct Medal
(3)  National Defense Service Medal
(4)  Korean Service Medal w/three bronze stars
(5)  Facsimilies of Korean Presidential Unit Citations
(6)  United Nations Service Medal
(7)  Awards Chart

| TRANSMITTAL OF AND/OR ENTITLEMENT TO AWARDS | | EXAMINER CODE<br>P312STL16 | DATE<br>August 11, 2005 |
|---|---|---|---|
| NAME<br>HICKEY, DANIEL | SERVICE NO./SSN<br>1091566 | BRANCH<br>USMC | RECORD GROUP |

[✓] A REVIEW OF THE RECORD INDICATES ENTITLEMENT TO THE FOLLOWING AWARDS.
[✓] THE FOLLOWING AUTHORIZED AWARDS ARE ENCLOSED.
[ ] PREVIOUSLY ISSUED AWARDS ARE INDICATED BY AN ASTERISK.
[ ] SIGNATURE OF VETERAN IS REQUIRED PRIOR TO ISSUANCE OF AWARDS.

| | |
|---|---|
| [ ] DISTINGUISHED FLYING CROSS | [ ] ANARCTICA SERVICE MEDAL |
| [ ] AIR MEDAL | [ ] USN / USCG ARCTIC SERVICE MEDAL |
| [✓] BRONZE STAR MEDAL | [ ] PRISONER OF WAR MEDAL |
| [✓] PURPLE HEART MEDAL | [✓] ARMED FORCES SERVICE MEDAL |
| [✓] COMMENDATION MEDAL (NAVY/USCG) | [ ] HONORABLE SERVICE LAPEL PIN (RUPTURED DUCK) |
| [ ] ACHIEVEMENT MEDAL (NAVY/USCG) | [ ] DISCHARGE BUTTON |
| [ ] LEGION OF MERIT MEDAL | [ ] USCG RESERVE GOOD CONDUCT MEDAL |
| [ ] NAVY CROSS | [ ] NAVAL REERVE MERITORIOUS SERVICE MEDAL |
| [ ] SILVER STAR MEDAL | [ ] RESERVE MEDAL (ARMED FORCES/NAVY/MARCOR/CG) |
| [✓] MERITORIOUS SERVICE MEDAL | [ ] SELECTED MARINE CORPS RESERVE MEDAL |
| [✓] NAVY AND MARINE CORPS MEDAL | |
| [✓] GOOD CONDUCT MEDAL | **THE FOLLOWING ARE NOT AVAILABLE FOR ISSUANCE** |
|     [ ] NAVY | [ ] SEA SERVICE DEPLOYMENT RIBBON |
|     [✓] MARCOR | [✓] BADGE   Sharpshooter Rifle |
|     [ ] USCG | [ ] NAVY/MARCOR OVERSEAS SERVICE RIBBON |
| [ ] WORLD WAR II VICTORY MEDAL | [ ] JOINT SERVICE MEDALS |
| [ ] AMERICAN DEFENSE SERVICE MEDAL (w/CLASP) | [ ] INSIGNIAS |
| [ ] AMERICAN CAMPAIGN MEDAL | [ ] USCG EXPERT SHOT MEDAL |
| [ ] ASIATIC PACIFIC CAMPAIGN MEDAL | [ ] USCG MERITORIOUS UNIT COMMENDATION |
| [ ] EUROPEAN-AFRICAN-MIDDLE EASTERN CAMPAIGN MEDAL | [ ] USCG SPECIAL OPERATION SERVICE RIBBON |
| [ ] NAVY OCCUPATION SERVICE MEDAL (w/CLASP) | |
| [ ] CHINA SERVICE MEDAL (EXTENDED) | **FOREIGN AWARDS** |
| [✓] NATIONAL DEFENSE SERVICE MEDAL | [ ] PHILIPPINE RIBBON |
| [ ] SOUTHWEST ASIA SERVICE MEDAL |     [ ] DEFENSE |
| [✓] KOREAN SERVICE MEDAL   3* |     [ ] LIBERATION |
| [✓] UNITED NATIONS SERVICE MEDAL |     [ ] INDEPENDENCE |
| [✓] EXPEDITIONARY MEDAL | [✓] PRESIDENTIAL UNIT CITATION (FOREIGN) |
|     [ ] ARMED FORCES |     [ ] PHILIPPINE |
|     [ ] NAVY |     [✓] REPUBLIC OF KOREA |
|     [ ] MARCOR |     [ ] VIETNAM |
| [✓] KOREAN DEFENSE SERVICE MEDAL | [ ] REPUBLIC OF VIETNAM CAMPAIGN MEDAL |
| [ ] VIETNAM SERVICE MEDAL | [ ] REPUBLIC OF VIETNAM MERITORIOUS UNIT CITATION<br>(Gallantry Cross Medal Color With Palm) |
| [ ] HUMANITARIAN SERVICE MEDAL | [ ] REPUBLIC OF VIETNAM MERITORIOUS UNIT CITATION<br>(Civil Actions Medal, First Class Color w/Palm) |
| [✓] PRESIDENTIAL UNIT CITATION RIBBON   1* | [ ] KUWAIT LIBERATION MEDAL (KUWAIT) |
| [✓] NAVY/USCG UNIT COMMENDATION RIBBON | [ ] KUWAIT LIBERATION MEDAL (SAUDI) |
| [ ] MERITORIOUS UNIT COMMENDATION RIBBON | [ ] PEARL HARBOR COMMEMORATIVE MEDAL |
| [ ] NAVY "E" RIBBON | [✓] REPUBLIC OF KOREA WAR SERVICE MEDAL |
| [✓] COMBAT ACTION RIBBON | |
| [ ] GOLD STAR LAPEL BUTTON | |
| [ ] NAVY EXPERT RIFLE/PISTOL MEDAL | |

COMMENTS:   If medal is "Not In Stock", please resubmit your request after 90 days.
FOREIGN AWARDS, STAR ATTACHMENTS, BADGES AND SOME RIBBONS ARE NOT STOCKED/ISSUED BY THE DEPARTMENT OF THE NAVY, BUT MAY BE OBTAINED FROM A CIVILIAN DEALER OF MILITARY SUPPLIES.  WE ARE ENCLOSING A LIST OF COMMERCIAL STORES THAT THE REQUESTOR MAY CONTACT FOR FURTHER ASSISTANCE.

| REQUESTOR:<br>DANIEL HICKEY<br>2935 CLAY ST<br>SAN FRANCISCO  CA  94115 | NAVY PERSONNEL COMMAND<br>RETIRED RECORDS SECTION<br>PERS 312D2<br>9700 PAGE AVENUE<br>ST LOUIS  MO  63132-5000 |
|---|---|

NAVPERS 1630/65  (7-91)                                                                                                                            ☆ U.S. GPO: 1994-300-730/008

**THE SECRETARY OF THE NAVY**
**WASHINGTON**

The President of the United States takes pleasure in presenting the PRESIDENTIAL UNIT CITATION to the

FIRST MARINE DIVISION, REINFORCED

for service as set forth in the following

CITATION:

"For extraordinary heroism in action against enemy aggressor forces in Korea from 15 September to 11 October 1950. In the face of a determined enemy and against almost insurmountable obstacles, including disadvantageous tidal and beach conditions on the western coast of Korea, the FIRST Marine Division, Reinforced, rapidly and successfully effected the amphibious seizure of Inch'on in an operation without parallel in the history of amphibious warfare. Fully aware that the precarious situation of friendly ground forces fighting desperately against the continued heavy pressure of a numerically superior hostile force necessitated the planning and execution of this extremely hazardous operation within a period of less than thirty days, and cognizant of the military importance of its assigned target, the Division moved quickly into action and, on 15 September, by executing three well-coordinated attacks over highly treacherous beach approaches defended by resolute enemy troops, captured the island of Wolmi-do, the city of Inch'on and Kimp'o Airfield, and rendered invaluable assistance in the capture of Seoul. As a result of its aggressive attack, the Division drove the hostile forces in hasty retreat over thirty miles in the ensuing ten days, completely severed vital hostile communication and supply lines and greatly relieved enemy pressure on other friendly ground units, thereby permitting these units to break out from their Pusan beachhead and contributing materially to the total destruction of hostile ground forces in southern Korea. The havoc and destruction wrought on an enemy flushed with previous victories and the vast accomplishments in turning the tide of battle from a weakening defensive to a vigorous offensive action reflect the highest credit upon the officers and men of the FIRST Marine Division, Reinforced, and the United States Naval Service."

THE SECRETARY OF THE NAVY
WASHINGTON

The following reinforcing units of the First Marine Division participated in operations against enemy aggressor forces in Korea from 15 September to 11 October 1950:

<u>FLEET MARINE FORCE UNITS AND DETACHMENTS</u>: Radio Relay Platoon, 1st Signal Operations Company; Battery C, 1st 4.5 Inch Rocket Battalion; 1st Amphibian Truck Company; 1st Amphibian Tractor Battalion (less Company "D"); 1st Combat Service Group, Service Command; 1st Fumigation and Bath Platoon; 1st Aerial Delivery Platoon; 7th Motor Transport Battalion, Service Command; 1st Armored Amphibian Battalion; Detachment Marine Tactical Air Control Squadron TWO; Team #1, First Provisional Historical Platoon; Marine Observation Squadron SIX; Marine Aircraft Group THIRTY-THREE, Reinforced, including Headquarters Squadron THIRTY-THREE, Marine Service Squadron THIRTY-THREE, Marine Ground Control Intercept Squadron ONE, Marine Fighter Squadron TWO HUNDRED TWELVE, Marine Fighter Squadron TWO HUNDRED FOURTEEN, Marine Fighter Squadron THREE HUNDRED TWELVE, Marine Fighter Squadron THREE HUNDRED TWENTY-THREE, Marine Night Fighter Squadron FIVE HUNDRED THIRTEEN, and Marine Night Fighter Squadron FIVE HUNDRED FORTY-TWO.

<u>UNITED STATES NAVY UNITS</u>: Naval Beach Group ONE

<u>UNITED STATES ARMY UNITS</u>: Detachment 205th Signal Repair Company; Detachment 4th Signal Battalion; 163rd Military Intelligence Service Detachment; Company "A" Reinforced, 56th Amphibian Tractor Battalion; 96th Field Artillery Battalion; 441st Counter-Intelligence Corps Detachment; 2nd Engineer Special Brigade; 73rd Engineer (C) Battalion; 50th Engineer Port Construction Company; 65th Ordnance Ammunition Company; 32nd Regimental Combat Team; Special Operations Company; 3rd Battalion, 187th Airborne Regimental Combat Team; and the 50th Antiaircraft Artillery Air Warning Battalion.

For the President,

*[signature]*

Secretary of the Navy

**THE SECRETARY OF THE NAVY**
WASHINGTON

The President of the United States takes pleasure in presenting the PRESIDENTIAL UNIT CITATION to the

FIRST MARINE DIVISION, REINFORCED

for service as set forth in the following

CITATION:

"For extraordinary heroism and outstanding performance of duty in action against enemy aggressor forces in the Chosin Reservoir and Koto-ri area of Korea from 27 November to 11 December 1950. When the full fury of the enemy counterattack struck both the Eighth Army and the Tenth Corps on 27 and 28 November 1950, the First Marine Division, Reinforced, operating as the left flank division of the Tenth Corps, launched a daring assault westward from Yudam-ni in an effort to cut the road and rail communications of hostile forces attacking the Eighth Army and, at the same time, continued its mission of protecting a vital main supply route consisting of a tortuous mountain road running southward to Chinhung-ni, approximately 35 miles distant. Ordered to withdraw to Hamhung in company with attached army and other friendly units in the face of tremendous pressure in the Chosin Reservoir area, the Division began an epic battle against the bulk of the enemy Third Route Army and, while small intermediate garrisons at Hagaru-ri and Koto-ri held firmly against repeated and determined attacks by hostile forces, gallantly fought its way successively to Hagaru-ri, Koto-ri, Chinhung-ni and Hamhung over twisting, mountainous and icy roads in sub-zero temperatures. Battling desperately night and day in the face of almost insurmountable odds throughout a period of two weeks of intense and sustained combat, the First Marine Division, Reinforced, emerged from its ordeal as a fighting unit with its wounded, with its guns and equipment and with its prisoners, decisively defeating seven enemy divisions, together with elements of three others, and inflicting major losses which seriously impaired the military effectiveness of the hostile forces for a considerable period of time. The valiant fighting spirit, relentless perseverance and heroic fortitude of the officers and men of the First Marine Division, Reinforced, in battle against a vastly outnumbering enemy, were in keeping with the highest traditions of the United States Naval Service."

IN REPLYING
REFER TO NO
03-35
VB-egs
AL/Hickey



ADDRESS ALL COMMUNICATIONS
TO DEPOT QUARTERMASTER
100 HARRISON ST.

UNITED STATES MARINE CORPS
SUPPLY DEPARTMENT
DEPOT OF SUPPLIES
SAN FRANCISCO 6, CALIFORNIA

18 February 1952

From: Commanding General
To:   Sergeant Daniel M. HICKEY 1091566/3141 USMC

Subj: Letter of appreciation

Ref:  (a) Paragraph 11213, Marine Corps Manual

Encl: (1) Copy of letter of appreciation from the Dutcher family

1. The Commanding General desires to express his personal appreciation for the courteous, efficient, and cooperative way in which you performed your duties as escort of the late Private First Class Lee E. Dutcher.

2. Enclosed is a copy of the letter from the Dutcher family which indicates the unselfish assistance that you rendered to the parents of the late Private First Class Dutcher. It is with pride that I receive such letters concerning members of my command. Enclosure (1) indicates that you acted in the best interests of the Marine Corps and that your conduct on this escort detail was exemplary. This reflects great credit upon you and the Marine Corps.

3. A copy of this letter and the original of enclosure (1) will be entered in your service record in accordance with reference (a), and noted on your next fitness report.

F. S. ROBILLARD

December 11, 1951

Commanding Officer of
Sgt. Daniel M. Hickey
Escort Section
Headquarters, Dept. of Pacific
100 Harrison Street
San Francisco 6, California

Dear Sir:

    We feel the very least we can do, is express our very deep appreciation to you for sending as PFC. Lee E. Dutcher's escort Sgt. Daniel M. Hickey.

    We know we were very fortunate in having this fine boy as Lee's escort, and only wish there were a much more effective way to express our thankfulness than a mere letter.

    Sgt. Hickey performed his duties as though they were of very personal concern to him and handled his work in such an efficient way, that it was a joy to have him to lean on.

    We had considered having Lee's casket opened so as to have him identified, but Sgt. Hickey so completely convinced us that this was our son, and removed all doubt from our minds so that we felt it unnecessary.

    Sgt. Hickey seems to be very well informed, trained, and gifted in everything that it was necessary to do. He was even able to help us in planning our lunch for the day of the funeral. In the short time that he was here, we became very fond of him and regretted that it was necessary for him to leave.

    The grief and sorrow that usually accompanies a funeral and remains afterwards was lightened and thus much easier to bear with Sgt. Hickey's presence.

    We hope it did not inconvenience you or cause him any trouble because we requested that he stay for the funeral, but we felt it would be nice if he could stay because he was such a comfort to us all.

    The Military Funeral was a very beautiful service, and we feel that it couldn't possibly be criticized in any way whatsoever.

    We wish to thank the Marine Corp in general, and specifically you and Sgt. Daniel M. Hickey for services performed so expertly.

    We also wish to extend our hospitality to Sgt. Hickey, in the hope that he would perhaps soon consider being our guest under much more pleasant circumstances.

                             Sincerely yours,

                             /s/Mrs. E. L. Dutcher
                             /s/ Billie Dutcher
                             /s/ Sally Dutcher



## Korea, Spends 20-Day Furlough He[re]

### Pfc. Dan Hickey, 1949 Carson High Student Body President, Has Seen Much of War

*1950*

A Carson City marine, who was in Korea about a week a[go] was spending his 20-day furlough at home today.

He is Pfc. Dan Hickey, son of Mrs. Marie Hickey and stud[ent] body president at Carson high school in 1949.

Hickey, who enlisted in the marines just a few months [over a ye]ar ago, took part in the famed Inchon landing and has seen [a lot] of action with the leather-necks in the bloody Korean campaign.

And the Carson youth has seen a lot of the world since joining the hard-fighting branch of service.

Hickey was one of the first waves of marines to storm the beach at Inchon and help cut off the North Koreans. It was one of the turning points of the war.

His wave went in at night and tracer bullets provided much of the light needed to see just wh[at] was going on. It's a well-know[n] story from then on out—how th[e] marines took Inchon, then on [to] vital Kimpo airdrome and on [to] Seoul, South Korean capital.

Hickey was engaged in mu[ch] street-to-street fighting but m[ir]aculously emerged unscathed a[nd] finally his unit, the First Marin[e] division, was pulled back in pr[e]paration for a landing at Wo[n]san.

But the Republic of Korea arm[y] went in there first and cons[e]quently the Wonsan landing w[as] nothing like that at Inchon. On[ce] the marines put ashore at Won[san] they began moving up the co[ast] until the reached Hamhung whe[re] they were pulled off the line [for] replacements.

That was the latter part [of] October and Hickey and oth[ers] were sent back to Japan whe[re] he took a DC-6 to Anchora[ge,] down to Seattle and to Fairfie[ld,] Calif. From there he got his fu[r]lough home.

Hickey met a former class[]mate at Inchon. He was Arnol[d] Odermatt, son of Mr and Mrs. Roy Odermatt of Carson and [is] with the U. S. navy. [...]

boys grduated from Carson h[igh] school in the same class.

Hickey got his boot trainin[g at] San Diego and then was [sent] to Camp LeJune, N. C., for f[ur]ther training and then bac[k to] Camp Del Mar, Calif., where [he] embarked for the Far East.

When he returns to San Fran[]cisco after his present leave [he] probably will get a new assig[n]ment and off for the war o[nce] again.

## On Escort Dut[y]

*1950*

According to advices receive[d by] his mother, Mrs. Marie Hickey, Carson City, Sgt. Daniel Hick[ey,] USMC, has been selected as [an] escort and attached to headqu[ar]ters, Department of the Paci[fic.] Young Hickey, who was presiden[t] of the student body at the Car[son] City High School in 1949, was [for]merly a member of the Nevada A[ir] National Guard and was discharg[ed] from the guard to enlist in the [U.S.] Marines.

Shortly after his enlistment h[e] was sent east to school and re[]turned to his home as a corpora[l.] Sent to Korea with the first con[]tingent of Marines, the Carson Ci[ty] youth already is a veteran of th[e] Korean campaign, and has bee[n a] sergeant since June of this year.

His new duties require Hicke[y] to represent the Marine Corps a[t] funerals, do all the paper work [in] connection with the funeral, and t[o] act as escort of Marines who lo[st] their lives in action in Korea.

---

### Henry J. Taylor

*San Francisco Examiner*
*Sept. 15, 1972*

## Historic Day at Inchon

ON SEPT. 15, 1950, against enormous odds, Gen. Douglas MacArthur performed the incredible Inchon landing that routed the North Korean enemy from South Korea.

It could be reasonably stated that MacArthur was the greatest combat general the world has ever seen. Consider the problem in World War II. All war begins with terrain — its advantages, its obstacles, its inherent problem.

NO SUCH terrain, no such sweep of oceans, ever faced a commander as MacArthur and his outnumbered forces faced after Pearl Harbor. The battleground? He fought with 1000 ships in a Pacific expanse of 65 million square miles.

The man? MacArthur graduated first in his class at West Point in 1903. His grades were then, and remain today, the highest ever given at West Point. He commanded the 42nd (Rainbow) Division in World War I. He was gassed and wounded in action. And in January 1925 he became a major general, the youngest major general in the U.S. Army.

He won the Congressional Medal of Honor. He received three Distinguished Service Crosses, seven Silver Stars and two Purple Hearts. In addition, and still hardly known to this day, MacArthur was recommended for another Congressional Medal of Honor which could not be awarded publicly because of a top-secret deed. MacArthur requested that the recognition be withdrawn.

Gen. Dwight D. Eisenhower once told me that he regarded the Inchon landing as the most perfect military achievement in all modern military history.

"The Combined Chiefs of Staff in Washington unanimously opposed it as being utterly impossible, every one of them, to a man," said Eisenhower. "But it was an unmatched, absolute classic of planning, timing and execution. Moreover, Inchon was, of course, an amphibious landing. And nothing depends so much on the commander's individual competence, nothing takes such precise coordination of Army, Navy and air units. Nothing depends so capriciously on the weather, and nothing is harder to try. MacArthur's Inchon will live forever in the military textbooks of the staff colleges of the world."

In Europe Eisenhower listed for me, as being in the nature of MacArthur's Inchon achievement, Gen. George S. Patton's conquest of western Sicily.

"SICILY STARTED to teach us what we had to know to eventually cross the English Channel," Eisenhower told me.

In peace or war this is still a world of men and decisions. The anniversary of General MacArthur's Inchon is a fitting reminder that there is no substitute for the individual. There is no substitute for competence.