Exhibit F

# The State of California

To all to whom these Letters shall come Greeting

The Department of Education of the State of California through the

## San Francisco State College

on recommendation of the Faculty of the College has conferred upon

## Daniel Marshall Hickey

who has satisfactorily completed the Requirements therefor the Degree of

## Bachelor of Arts

with all the Rights, Privileges and Honors thereunto appertaining

Given by the Department of Education of the State of California at San Francisco this first day of February, nineteen hundred and fifty-seven

*Genevieve J. Coughlan*
Registrar

*Paul Leonard*
President of the College




SAN FRANCISCO STATE COLLEGE · EX LIBERTATE · 1862

# THE CALIFORNIA STATE BOARD OF EDUCATION

ISSUES THIS    # LIFE DIPLOMA

TO  *Daniel Marshall Hickey*

It authorizes the holder to teach in all grades of any public secondary school and in the seventh and eighth grades of any public elementary school in the state. It shall remain valid during the life of the holder unless suspended or revoked in accordance with law.

**Issued at Sacramento, California, on** *April 25, 1963.*



President, State Board of Education

Superintendent of Public Instruction
and Secretary, State Board of Education

3 LD  33482

THE CALIFORNIA STATE BOARD OF EDUCATION        Renewal

Nº  B140257

grants to _____ Daniel Marshall Hickey _____

(All correspondence regarding credentials for the above named individual should carry File No. 2165-53)

SUSPENSE VOUCHER

No. 213438  gg

this

# General Secondary Credential

### VALID TO JUNE 30, 19 65 .

(An expired credential cannot be renewed)

**This credential authorizes service as a teacher in any secondary school and in grades seven and eight of any elementary school**

NOTE.—A school district is qualified to receive reimbursement from Vocational Education Funds for vocational education classes only if, among other requirements, the teacher of these classes holds either (1) a State special secondary credential which authorizes the teaching of these classes or (2) this general secondary school credential and in addition a permit for such teaching issued under authority of the California Plan for Vocational Education.

Requirement in United States Constitution  .  .  .  .  .  .  .  .  completed  X    to be completed_____

Requirement in audio-visual-radio education (2 semester hours)  .  completed  X    to be completed_____

Dated this _____ 21st _____ day

of _____ January _____ 19 60 .

*W W Blair*
President State Board of Education

*Roy E. Simpson*
Superintendent of Public Instruction;
and Secretary, State Board of Education

## FOR CONDITIONS OF RENEWAL SEE REVERSE SIDE OF THIS CREDENTIAL

### COUNTY REGISTRATION

*Education Code of California, Section 13157:* Each county or city and county board of education may provide for the registration of any credential or life diploma issued by the State Board of Education. Such registration shall be deemed to be the issuance of a certificate to the holder of such credential or life diploma. Such registration shall authorize the service of the holder in the county in the capacity in which and for the period of time for which the credential or life diploma is valid.



OAKLAND UNIFIED SCHOOL DISTRICT

SKYLINE HIGH SCHOOL
12250 Skyline Boulevard
Oakland, California 94619
(510) 531-9161

August 23, 1994

To whom it may concern:

It is my pleasure to write this letter of recommendation on behalf of Dan Hickey.

Mr. Hickey is truly an extraordinary human being.  I've never known anyone who has more energy, zest, enthusiasm and youth.  He always has about 16 activities going at once.  He teaches full time at Skyline; he teaches at the Community College.  He is the district negotiator for the Oakland Education Association (OEA/NEA although he's at heart an AFT person); he's the district specialist on health care plans, and he's the local site organization representative.  He has directed the U S Rugby Union.  He plays basketball regularly.  He's close to retirement and has a six month old son.  He has fun.  He sets high standards; he's tough and firm; he has no discipline problems; and he insists that his students learn.

I have been at Skyline and known Mr. Hickey for only three years.  As a result, I'm not familiar with lots of the things he has done.  I do know that he taught business, typing, government, U.S. History, Economics.  He has been the cheerleader advisor, Faculty Advisory Council member and chairperson, Instructional Council member.  He's a constant leader and watchdog - he can always be counted on for suggestions, initiatives, ideas and fresh perspectives on getting things done.  Dan is a person who makes Skyline work, and he always has.

Finally, Dan is an all around person.  He's helpful, he's fun, he's active, he's alive - Dan is a person who does what he says he will do, and do it well.  He can do anything he decides he will do.  I unhesitatingly recommend him.  If you have any questions, please feel free to call.

Sincerely,

Thomas Carl

Principal



OAKLAND UNIFIED SCHOOL DISTRICT

**OAKLAND HIGH SCHOOL**
1023 MacArthur Boulevard
Oakland, California 94610
(510) 451-1208

October 17, 1996

TO WHOM IT MAY CONCERN:                    RE:  Mr. Daniel M. Hickey
                                                Letter of Recommendation

It is a pleasure to write a letter on behalf of my good friend and former colleague,
Dan Hickey.  I worked with Dan for six years at Skyline High School where I served
as Dean of Students and Vice-Principal in charge of curriculum.  At that time, Dan
was Chairman of the Business Department, but had many years of experience in social
studies where he taught American government, U.S. history, economics, sociology,
and international relations.  He has had nothing but outstanding evaluations.

In the classroom, Dan was efficient, well-organized, a strick disciplinarian who
always had control of the class and close student-teacher relationships with his
students.  He was very popular with faculty, students and administrators.  Dan
served as Chairman of the Faculty Council for four years, was the Union Building
representative, and sponsored many clubs including the cheerleaders (10 years), the
Black Students Union, the Vietnamese Student Union, the Chess Club, the Aerospace
Club.  In addition, Dan formed the Skyline High Rugby Club and coached the team
for ten years.

His colleagues elected him to the Oakland Education Association Executive Committee
and he served as chairman of the OEA Bargaining Team for three years.  He also served
on the Oakland Schools District Safety Committee helping to write the guidelines for
the District, and was the Union representative on the District Cost Containment
Committee.

To say that Dan was "involved" is putting it mildly.  Teachers always sought his
advice and direction and he represented them professionally and intelligently.  I
always considered Dan a personal friend as well as a colleague and he was always
available for any assistance I might need.

I have absolutely no hesitation in recommending Dan to any position he aspires to in
the San Francisco Unified School District.  His retirement after 34 years of faithful
service in Oakland was a big loss for Skyline students as well as all the teachers
he represented in OUSD.  He is a man of character, honesty and integrity.

If you would like any further information, please do not hesitate to contact me at
the above address and phone number.

                                        Sincerely yours,

                                        Mr. Charles Bayless
                                        Vice-Principal, Oakland High School



OAKLAND UNIFIED SCHOOL DISTRICT

**SKYLINE HIGH SCHOOL**
12250 Skyline Boulevard
Oakland, California 94619
(510) 531-9161

October 19, 1996

To Whom It may Concern:

It has been my privilege to know Mr. Daniel Hickey for more than twenty years.    In that time I have known him as a classroom teacher, Union Representative and Department Chairperson.

Daniel has demonstrated his teaching abilities in a wide range of subject area.  His abilities as a master teacher allows him to make full use of his skills in many disciplines.  Over the years I have observed Daniel teach the full range of courses in the Social Science and Business Departments.    He brings excitement and organization to any course of studies.

It should also be noted that Daniel's success as a teacher stems from his ability to motivate and get along with his students.  His humanistic approach has served him well in an ever changing school community.    He has always been willing to give his time to his students as exemplified by the many clubs and student organizations that he has sponsored including the Black Student Union, Chess Club, and the Cheerleaders just to name a few.

As a union representative, the faculty frequently sough his advice and counsel concerning professional and contract issues.  Again one has to note the willingness of Daniel to help anyone who asked him for aid.

Daniel Hickey has been an educational leader at Skyline for the many years he has been a member of the institution.    He has provided the student body, the teaching staff and the administration with a positive approach to solving problems that has made the school a true community.

It is my pleasure to recommend Daniel Hickey to any school district.  He will be an asset to any teaching staff.

Sincerely,

Kermit O. Collins
Dean of Student

# MISSION LANGUAGE & VOCATIONAL SCHOOL, INC.
## M L V S
### 2929 • 19TH STREET
SAN FRANCISCO, CALIFORNIA 94110

May 19, 1998

To Whom it May Concern:

Daniel Hickey has been teaching typing in our Clerical Program for the past year, and has proven himself to be an excellent addition to our staff.   He has received universally positive evaluations from our students, who have commented on his kindness and consideration.

Mr. Hickey has a very good relationship with his students; he is friendly and concerned about their needs, but also maintains good discipline in his classroom.  Professionally he is very well-organized and covers all the course material in a timely and constructive manner.  He is never tardy or absent from his class, and has returned to the school more than once to participate in teachers' meetings and school events.  In addition, he always turns in his paperwork on time and completed.  Please feel free to contact me if you have any questions about his performance.

Sincerely,

Lucy Runkel
Assistant Manager
Clerical and Youth Programs

# MISSION LANGUAGE & VOCATIONAL SCHOOL, INC.

## M L V S

2929 • 19TH STREET
SAN FRANCISCO, CALIFORNIA 94110

November 4, 1997

To Whom it May Concern:

I am happy to recommend Mr. Daniel Hickey for the position of Typing Instructor for your School District. Through City Colleges of San Francisco, Mr. Hickey has been teaching typing in our Clerical Program for the past year, and has proven himself to be an excellent addition to our staff.   He has received universally positive evaluations from our students, who have commented on his kindness and consideration.

Mr. Hickey has a very good relationship with his students; he is friendly and concerned about their needs, but also maintains good discipline in his classroom.  Professionally he is very well-organized and covers all the course material in a timely and constructive manner.  He is never tardy or absent from his class, and has returned to the school more than once to participate in teachers' meetings and school events.  In addition, he always turns in his paperwork on time and completed.  I have no doubt that you will be very satisfied with Mr. Hickey as an employee.  Please feel free to contact me if you have any further questions.

Sincerely,

Donald Williams
Education Coordinator

(415) 648-5220 • (415) 648-0262 Fax

OFFICE OF THE MAYOR
SAN FRANCISCO



DIANNE FEINSTEIN

February 3, 1987

Daniel M. Hickey
2935 Clay Street
San Francisco, CA  94115

Dear Mr. Hickey:

Thank you so much for your generous contribution to the
San Francisco-Manila Sister City Committee.

Your contribution will go towards supporting the economic,
cultural and people-to-people exchanges and projects of
the Committee; particularly, the Aurora Quezon Memorial
Health Center in Tondo, Manila.  The Center provides
health care to the children and families in the poorest
section of the Philippines.

Your support is greatly appreciated as we pursue the
people-to-people exchanges with a nation and city that has
so many ties to San Francisco.

Again, a million thanks for your help!

Warmest regards.

Sincerely yours,

Dianne Feinstein
Mayor

DF/as

VIETNAMESE COMMUNITY, 938 D FILBERT ST., OAKLAND, CA. 94607.TEL.763.6

July 4, 1976

Dear Mr. Dan Hickey,

This is primarily a letter of thanks. In the meeting of the Executive Board of the VIETNAMESE COMMUNITY, in the night of July 2, 1976, I told my friends about your spontaneous intercession on our behalf with the Education authorities of Oakland, the previous day. In another meeting, yesterday afternoon with the Chapter of San Francisco of the Vietnamese Community, I repeated the same story. In both case unanimously my friends asked me to thank you and to convey to you their following wishes:

1. They wish to know if you are kind enough to be an honorary member of our Community;

2. If your good will is great enough to shoulder the role of a liaison man of our Community with the Education authorities in the Bay Area.

You know our urgent and great needs; you know also our limited capacity to meet them. Your help would be the most appreciated and for us unforgettable.

Again thank you very much.

Sincerely yours

Nguyen Phuong

ALAN CRANSTON
CALIFORNIA

## United States Senate
WASHINGTON, D.C. 20510

March 12, 1981

Honorable Onofre Corpuz
Minister of Education
Ministry of Education at Culture
Arroceros Street
Metro, Manila

Dear Mr. Corpuz,

Mr. and Mrs. Daniel M. Hickey,
constituents of mine from California,
will be visiting the Republic of the
Philippines this summer.  During this
time Mr. Hickey will be doing extensive
research for his doctorate on the
Educational System of the Philippines.

I would appreciate any appropriate
courtesies you can extend to
Mr. Hickey.

Thank you for your consideration of
this matter.

With best regards,

Sincerely,

Alan Cranston

JOHN L. BURTON
5TH DISTRICT, CALIFORNIA

COMMITTEE ON
GOVERNMENT OPERATIONS
COMMITTEE ON
HOUSE ADMINISTRATION
SELECT COMMITTEE ON AGING
CHAIRMAN, SUBCOMMITTEE ON
RETIREMENT INCOME AND
EMPLOYMENT
CHAIRMAN, SUBCOMMITTEE ON
GOVERNMENT ACTIVITIES AND
TRANSPORTATION

**Congress of the United States**
**House of Representatives**
**Washington, D.C. 20515**

April 1, 1981

1714 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-5161

DISTRICT OFFICES:
450 GOLDEN GATE AVENUE
BOX 36024
SAN FRANCISCO, CALIFORNIA 94102
(415) 556-1333

910 D STREET
BOX 1048
SAN RAFAEL, CALIFORNIA 94902
(415) 457-7272

Mr. Dan Hickey
2935 Clay Street
San Francisco, California 94115

Dear Dan:

Thanks for your recent letter; it's great to hear that you are doing so well, and congrats on the rugby league championship!

As you requested, I have written a letter for you for your trip to the Philippines. If this is not what you want or if you have the name of an individual, please let me know. You should also check in at the American Embassy to let them know where you are staying, and so forth. They will, most likely, be able to give you some assistance and recommendations.

Good to hear from you, and hope we can get together sometime when I am on the Coast.

Peace and friendship,

John L. Burton
Member of Congress

JLB:mhl
Enclosure

S. I. HAYAKAWA
CALIFORNIA

GENE PRAT, PH.D.
ADMINISTRATIVE ASSISTANT

**United States Senate**

WASHINGTON, D.C.  20510

COMMITTEES:

AGRICULTURE, NUTRITION,
AND FORESTRY

FOREIGN RELATIONS

SMALL BUSINESS

April 3, 1981

Honorable Onofrey Corpuz
Minister of Education & Culture
Arrocerof, Manila
Philippines

Dear Minister Corpuz:

Mr. Daniel M. Hickey, a constituent of mine from
Skyline High School in Oakland, California, is visiting
the Philippines for the purpose of doing research into
your system of education in connection with his doctoral
degree.

I would very much appreciate your extending every
appropriate courtesy to Mr. Hickey during his visit
to your lovely country.

Thank you for your consideration.  With every
best wish.

Sincerely,

S. I. Hayakawa

S. I. Hayakawa

SIH:kj

# Community College Centers

Division of San Francisco Community College District
**33 Gough Street · San Francisco, California, 94103**
Laurent R. Broussal  President

October 13, 1981

Mr. Daniel Hickey
2535 Clay Street
San Francisco, California 94115

Dear Dan:

Please accept my long overdue note of thanks for rescuing a young lady who was on the brink of going overboard.  In your way, you have always given the professional assistance to the young as well as to the old, when needed.

Dan, I have always and will continue to admire and respect you for the basic person you are.  Also, Dan, I want you to know that the family of the young lady will forever be grateful to you for what you did for their daughter and for them.

Dan, let me know if I can ever be of any assistance to you.  Have a good year, and thanks again.

Sincerely,

Burl A. Toler

BAT:nv

P.S. I trust that your trip was relaxing and enjoyable this past summer.  If you are over on this side any time, call me and we'll have lunch together.

BT

Governing Board
San Francisco Community College District
Julie Tang, President
Ernest "Chuck" Ayala, Vice President
Booker T. Anderson, Jr.    Robert E. Burton
John Riordan    Lillian K. Sing    Dr. Tim Wolfred
Herbert M. Sussman, Chancellor

**WILSON RILES**
Superintendent of Public Instruction
and Director of Education



STATE OF CALIFORNIA

# DEPARTMENT OF EDUCATION

STATE EDUCATION BUILDING, 721 CAPITOL MALL, SACRAMENTO 95814

1981

TO WHOM IT MAY CONCERN:

This letter will introduce Daniel M. Hickey, a teacher at Skyline High School in Oakland, California.

Mr. Hickey wrote the outline and text for the Oakland Unified School District which was later used as a model for other districts.  This exemplary work resulted in his being chosen by the Department to represent the State of California at the annual International Relations Conference which was held in Vermont.

He is interested in meeting with educational officials in your country and any courtesy you are able to extend to Mr. Hickey in this regard will be appreciated.

Sincerely,

WILSON RILES

 **OAKLAND EDUCATION ASSOCIATION**

272 EAST 12TH STREET, SUITE C, OAKLAND, CA 94606   (510) 763-4020

AN AFFILIATE OF THE CALIFORNIA TEACHERS ASSOCIATION AND THE NATIONAL EDUCATION ASSOCIATION

February 17, 1994

Mr. Dan Hickey, Member
Oakland Education Association
P.O. Box 15157
San Francisco, CA 94115

Dear Dan:

On behalf of the OEA Board of Directors, I want to thank you for your service to the teachers/support staff of Oakland during the bargaining of our 1991-94 Contract.

Your unselfish volunteerism for teacher unionism served as a model for our members whether they acknowledge your dedication or not. As we negotiate and ratify a successor agreement for 1994-97, we will be calling upon your experience and commitment as an OEA leader at your school site and across the District.

Sincerely,

Ben Visnick
President/OEA

BV:dpc

cc:    OEA Board
       OEA Staff



# OAKLAND EDUCATION ASSOCIATION

272 EAST 12TH STREET, SUITE C, OAKLAND, CA 94606   (415) 763-4020

AN AFFILIATE OF THE CALIFORNIA TEACHERS ASSOCIATION AND THE NATIONAL EDUCATION ASSOCIATION

October 12, 1992

Mr. Daniel Hickey, Chair
Bargaining Team
P.O.Box 15157
San Francisco, CA 94115

Dear Daniel:

On behalf of the OEA Executive Board, I want to thank you for
serving on the 1991-92 OEA Bargaining Team.

Your dedicated service to the teachers and certificated support
personnel of the Oakland Public Schools is appreciated.  I wish
every member (and non-member) knew how many hours of "extra duty"
you volunteered this past year.

Again, 3,000 thanks!

The OEA Executive Board has voted to approve your appointment to
the 1992-93 OEA Bargaining Team.

As you know, the first meeting of the team will occur on Monday,
October 12th.

I look forward to working with you as we address the salary
reopener and consider any creative solution to the Annuity
situation.

Sincerely,

Ben Visnick
President/OEA

cc:  OEA Board
     OEA Staff

# Royalton College

### SCHOOL OF INTERNATIONAL AFFAIRS
#### SOUTH ROYALTON, VERMONT, 05068

May 12, 1971

Mr. Dan Hickey
Skyline High School
1250 Skyline Boulevard
Oakland, California  94619

Dear Mr. Hickey:

We wish to confirm acceptance of you as representative for
the State of California at our Summer Seminar for Social
Studies Teachers.

Please confirm attendance from July 12 - 24, 1971.  At the
same time, if available, please send a brief biographical
data sheet.

We look forward to seeing you at Royalton this summer.

Sincerely yours,

K. A. De Witt

Exhibit G

# Hickey to Head Student Body

*1948*

Election today of Dan Hickey as president of the Carson high school student body was announced this afternoon by school officials.

Hickey received the heaviest vote among the four junior students who were vieing for the enviable and hotly-contested position which will be vacated at the final student body meeting this semester by Mickey Laxalt, the incumbent, who will graduate.

Hickey, the son of Mrs. Marie Hickey of this city, received a vote of 59 while his closest contender, Bill Awbrey, who collected votes amounting to 47. Giles Altenburg placed third with 26 votes while Robert Christensen came in fourth with 23.

Others chosen in the election were Bill Taylor, vice president; Louise Laird, secretary; Marguerite Nelson, treasurer; Wilbur Young, faculty member to the board of control; and Diane Price, Betty Ross, Beverly and Doris Stirman, cheer leaders.

School officials reported that the school was extremely quiet this afternoon after well over a week of intensive electioneering and campaigning by those participating in the election as well as their managers and backers.

The new student body president, who will serve during the latter part of this year and until graduatin in June of next, is presently serving as sergeant-at-arms of the junior class, as vice persident of the student recreation center and is actively identified with school athletic affairs.

# Student Seeks Missing Father

*Reno Evening Gazette - 1965*

Daniel M. Hickey, a senior student at San Francisco State College, yesterday filed a missing persons report with Reno police for his father, Marshall (Mike) Hickey.

The youth, a Korean War veteran, said he had no idea of his father's whereabouts, and had even heard reports he may have met with foul play some time ago.

Hickey was well known in Reno several years ago as an official in the Bartender's Union.