1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   ALLISON MARSTON DANNER (CSBN 195046)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7144
7       FAX: (415) 436-7234
        Email: allison.danner@usdoj.gov
8
    Attorneys for the United States
9

10
11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,          )   No. CR 07-0634 MMC
                                       )
15       Plaintiff,                    )   UNITED STATES' APPLICATION TO SEAL
                                       )   EXHIBIT C TO SENTENCING
16       v.                            )   MEMORANDUM
                                       )
17  DANIEL HICKEY,                     )
                                       )   SAN FRANCISCO VENUE
18       Defendant.                    )   ~~UNDER SEAL~~
                                       )
19  _____)

20       Now comes the United States of America, by and through its counsel, Allison M. Danner,

21  Assistant United States Attorney for the Northern District of California, moves this Court for an

22  Order sealing Exhibit C to the Government's Sentencing Memorandum, the Application, and the

23  Court's Sealing Order. These documents involve the privacy of minor children related to the

24  ///
25  ///
26  ///
27  ///
28  ///

SEALING APPLICATION
[CR 07-0634 MMC]

1  above-captioned case. The United States also requests copies of the filed exhibit and this
2  Sealing Application and Order.
3
4
5
6  DATED: April 16, 2008                           Respectfully submitted,
7                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
8
9                                                  _____
                                                   ALLISON M. DANNER
10                                                 Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SEALING APPLICATION
[CR 07-0634 MMC]