UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0634 MMC |
| Plaintiff, | ) | SEALING ORDER |
| v. | ) | SAN FRANCISCO VENUE |
| DANIEL HICKEY, | ) | ~~UNDER SEAL~~ *mmc* |
| Defendant. | ) | |

Good causing appearing therefore, it is hereby ordered that Exhibit C to the United States' Sentencing Memorandum be filed and maintained under seal until further order of this Court. The Clerk of the Court is ordered to furnish copies of the exhibit to the United States Attorney's Office and to Special Agents of the Federal Bureau of Investigation. ~~The Clerk of the Court is also ordered to furnish copies of the Sealing Application, and this Sealing Order to the U.S. Attorney's Office.~~

DATED: 04/17/08

HON. MAXINE M. CHESNEY
United States District Judge

SEALING ORDER
[CR 07-0634 MMC]