1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELIZABETH M. FALK
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

5

Counsel for Defendant HICKEY

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )          No. CR-07-0634 MMC
                                       )
12 |                   Plaintiff,       )          MOTION AND [PROPOSED] ORDER TO
                                       )          SEAL SUPPLEMENTAL DECLARATION
13 |            v.                      )          OF ELIZABETH M. FALK IN SUPPORT
                                       )          OF SENTENCING MEMORANDUM
14 | DANIEL HICKEY,                     )
                                       )          FILED UNDER SEAL
15 |                   Defendant.       )
                                       )
16

17 |         Attorney of record Elizabeth M. Falk now moves this Court to file under seal the

18 | enclosed Supplemental Declaration of Elizabeth M. Falk in Support of Defendant's Sentencing

19 | Memorandum and its attachments, submitted herewith, as well as this Motion to Seal said

20 | stipulation.  This declaration, namely Exhibits AA, BB, and CC attached to the declaration,

21 | contains confidential medical records and reports that were disclosed to counsel with the

22 | provision that counsel maintain their confidential nature with the Court.  As these items should

23 | not be placed on the public docket for confidentiality reasons, counsel now moves herein for a

24 | Sealing Order.

25 | **ARGUMENT**

26 |         The medical records and reports attached to the contain sensitive and personal

CR 07-634 MMC - Motion to Seal Supplemental
Falk Declaration                              1

1 information about Mr. Hickey that is traditionally not placed on the public docket. Pursuant to

2 Northern District of California Criminal Local Rule 32-7, said information remains confidential

3 and is only read and utilized by the U.S. Probation Department and the Court. Sealing the

4 records will maintain their confidential nature in accordance with the local rule, and will keep

5 these documents out of the public record. Accordingly, undersigned counsel moves for a Sealing

6 Order ensuring that the documents attached to the Supplemental Falk Memorandum remain

7 confidential. Counsel intends to file the remaining exhibits and attachments to the Sentencing

8 Memorandum, as well as the Sentencing Memorandum itself, as a part of the publically available

9 docket.

10                                                    **CONCLUSION**

11        Wherefore, Mr. Hickey requests that this Court will grant this motion and order this

12 motion, the proposed order, and the document entitled "Supplemental Declaration of Elizabeth

13 M. Falk In Support of Defendant's Sentencing Memorandum" and its attachments AA-CC to be

14 filed under seal.

15

16
   Dated: April 16, 2008
17
                                                 Respectfully submitted,
18
                                                 BARRY J. PORTMAN
19                                               Federal Public Defender

20                                               *Elizabeth M. Falk*

21                                               ELIZABETH M. FALK
                                                 Assistant Federal Public Defender
22

23

24                                       ~~[PROPOSED]~~ ORDER

       *[illegible handwriting]* For good cause shown, ~~the above motion, this order, and~~ the document entitled
25
   "Supplemental Declaration of Elizabeth M. Falk in Support of Defendant's Sentencing
26

CR 07-634 MMC - Motion to Seal Supplemental
Falk Declaration                                    2

1  Memorandum" and its attachments, to be filed ~~later~~ today ~~on April 16, 2008~~, shall be maintained

2  under seal until further order of the Court.

3       IT IS SO ORDERED.

4

5  Dated: ____04/17/08____, 2008

    THE HONORABLE MAXINE M. CHESNEY
6                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CR 07-634 MMC - Motion to Seal Supplemental
Falk Declaration                          3