Exhibit 1

April 15, 2008

TO: Judge Chesney
Federal Court

Re: Daniel Hickey

Dear Judge

I am writing to you in a desperate plea to spare my husband from prison.

Dan, after a long life of doing a lot of good for his family and his country, has committed a serious crime. He struggles every day to find words to help us forgive him for what he has done. It is hard for me to understand how this all happened, and that was in the last couple of years.

①

Don realized he had developed a problem with child porn. He told me that he needed therapy and psychiatric intervention which he finally went to the Veterans Hospital to get. He was beginning to eliminate the images when he was arrested.

Don is a sick old man. We all know that prison will kill him. His doctors have told me that Don has maybe 1 or 2 years of life left. He has been to the hospital many, many times in the last couple years — and — most of

(2)

that was in the Emergency room.
Ours is a good, good man. He has never been a smoker or a drinker. He has never gone out in the evening unless it was to church or a movie.

Our son, Harlon, is a bright and inquisitive young boy with a serious learning disability. (ADD) Harlon depends on his dad to stay focused on his homework and complete the assignments. He loves his dad very much. If his Dad is sent to prison, Harlon will be broken hearted.

③

Since Dan's arrest, he was fired from his part-time teaching in the community college. If he goes to prison he will lose his Social Security benefits and his Veterans Disability Pension. This will have a serious financial impact on Harlan and me. - Furthermore, Dan will not be able to be the manager of the building we live in, and we could have to pay $3,000 per. mo. rent. We don't have that kind of money.

(4)

Dan was arrested by the FBI in front of his students, faculty, and our son. It was publicized on TV, radio, and in the print media. I was called into the office of my supervisor at work — PriceWaterhouseCoopers. They do not want this kind of publicity. If Dan goes to prison, I could also lose my job.

Horton goes to church every Sunday. He is a Deacon in the Golden Gate Ward of the LDS church. (MORMON)

⑤

Don cannot attend church with him any more; however, he does take Harlon to his track meets and rugby games. Harlon is a very fast runner and a very good rugby player.—

Don was a war hero, and because of that, the marine corps selected Don out of hudreds of applications to be on the Marine Burial Detail, on Escort Duty. He took his fellow deceased Marines home on train and presented the flag on the casket to the next of kin.

(6)

Don and I have had a happy 25-year marriage with no problems until now. He raised his daughter, Aleg, alone. He admits he made huge mistakes in marrying two other women. Mrs. Stafford abused his daughter. Mrs. Largo would not pay her taxes and slept with other men. When Don divorced her, she would not leave his home and he had to call the sheriff to get her out.
(7)

I am a college graduate. I am not submissive, or subservient. I am not a mail order bride. Dan lived with friends in my hometown, Cebu City, which is the second largest city in the Philippines. I deeply regret the false accusations I read by Mrs. Stafford. This lady is an <u>evil</u> person. She almost ruined Dan's life.

Dan is so very, very sorry for all that has transpired and especially

⑧

sorry for what he has done. — He is ashamed of himself and beats himself up over what he has done. Dan has so many medical problems and illnesses, I can't describe them all. It would take 3-4 pages handwritten. He tells me that death will be almost welcome. Dan started life in orphanages and foster homes. His father who deserted him, his mother and sister were an alcoholic, a gambler and a thief. His real mother was in and

⑨

out of mental institution most of her life. Don did not ask for pity. He worked his way through high school and college. He served 4 years in the Marines and in combat. He has been an outstanding teacher and father.

Please do not give him a prison sentence. He can barely walk. He is now suffering from a heart condition and vertigo. He has fainted twice in

10

the last 3 weeks.

Please, please, spare him prison. We have nowhere to go, and I will probably lose my job. Most of all, we worry about our beautiful young son. Dan has completely explained to Harlan what he did, why it was wrong and why he was arrested. He has asked Harlon to forgive him.
Please try to judge
(11)

Wi can see all the good he has done in life, the obstacles he has had to overcome his entire life and not just this one terrible deed. He is no danger to his son, or to children anywhere, anytime.

Thank you for taking the time to read this letter. Dan's life may depend on it.

Sincerely yours,
Estella Hicks

(12)