Exhibit 2

4/17/2008

To Whom It May Concern:

Re: Dan Hickey, Building Manager, 2935 Clay St., San Francisco

I am writing this memo to clarify the duties of the manager in the 6-unit apartment building on Clay Street.

1. First and foremost, Mr. Hickey **is not required to lift or carry heavy packages.** Mr. Hickey is available to allow delivery services (FedEx, UPS, etc.) into the building, by pressing a buzzer in his apartment, in order that they may leave packages for tenants to collect when they return home.

2. Tenants are required to sack their garbage in plastic bags and deposit them in the large garbage bin in the small room with the large garbage container that is picked up and emptied by Golden Gate Scavenger Company 3-4 times per week.

3. If a rental unit becomes available, Mr. Hickey will interview applicants for the rental unit and attempt to secure a qualified tenant.

4. Mr. Hickey will make a police report should there be any break-ins in the storage units.

5. If tenants have plumbing problems, Mr. Hickey will call our on-call plumber. This also applies to repairs that have to be made and he will call the handyman.

6. Mr. Hickey has difficulty walking up and down the stairs in the building.

7. Mr. Hickey will hose off the sidewalk, and do other things that are non-strenuous.

8. Mr. Hickey does not give out my address or telephone number to tenants.

Sincerely yours,

William Joe, Owner, 2935 Clay St.