1    BARRY J. PORTMAN
     Federal Public Defender
2    ELIZABETH M. FALK
     Assistant Federal Public Defender
3    19th Floor Federal Building – Box 36106
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     Telephone: (415) 436-7700
5
     Counsel for Defendant HICKEY
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    No. CR-07-0634 MMC
                                       )
12               Plaintiff,            )    MOTION AND [PROPOSED] ORDER TO
                                       )    SEAL SUPPLEMENTAL REPORT OF DR.
13        v.                           )    JULES BURSTEIN IN SUPPORT OF
                                       )    SENTENCING MEMORANDUM
14   DANIEL HICKEY,                    )
                                       )
15               Defendant.            )
     _____ )

16

17       Attorney of record Elizabeth M. Falk now moves this Court to file under seal the

18   enclosed Supplemental Report of Dr. Jules Burstein.  This document is a confidential medical

19   report that was disclosed to counsel with the provision that counsel maintain its confidential

20   nature with the Court.  As this item should not be placed on the public docket for confidentiality

21   reasons, counsel now moves herein for a Sealing Order.

22                                **ARGUMENT**

23       The report enclosed herein contains sensitive and personal information about Mr. Hickey

24   that is traditionally not placed on the public docket.  Pursuant to Northern District of California

25   Criminal Local Rule 32-7, said information remains confidential and is only read and utilized by

26   the U.S. Probation Department and the Court.  Sealing the record will maintain its confidential

1  nature in accordance with the local rule, and will keep this document out of the public record.

2  Accordingly, undersigned counsel moves for a Sealing Order ensuring that the Supplemental

3  Report of Dr. Jules Burstein remains confidential.

4  **CONCLUSION**

5      Wherefore, Mr. Hickey requests that this Court will grant this motion and order the

6  enclosed document entitled "Supplemental Report of Dr. Jules Burstein In Support of

7  Defendant's Sentencing" to be filed under seal.

8

9  Dated: April 22, 2008

10                                    Respectfully submitted,

11                                    BARRY J. PORTMAN
12                                    Federal Public Defender

13                                    /s/

14                                    ELIZABETH M. FALK
                                      Assistant Federal Public Defender
15

16                          **[PROPOSED] ORDER**
17
18      For good cause shown, the document entitled "Supplemental Report of Dr. Jules

19  Burstein" to be filed later today on April 22, 2008, shall be maintained under seal until further

20  order of the Court.

        IT IS SO ORDERED.
21

22

23  Dated: _____, 2008    _____
                                          THE HONORABLE MAXINE M. CHESNEY
24                                        United States District Judge

25

26