BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HICKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-634 MMC |
|---|---|---|
| Plaintiff, | ) ) | SECOND SUPPLEMENTAL DECLARATION OF ELIZABETH M. FALK IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM |
| v. | ) ) ) ) | |
| DANIEL HICKEY | ) ) | Date: April 23, 2008 |
| Defendant. | ) ) ) | Time: 2:30 p.m. Court: The Honorable Maxine M. Chesney |

I, Elizabeth M. Falk, declare the following to be true under penalty of perjury:

1. I am an Assistant Federal Public Defender and am counsel of record for Daniel Hickey;

2. Attached hereto as Exhibit 3 are documents that I recently received, that I now submit to the Court in support of Mr. Hickey's sentencing, namely; letters in support of Mr.

Second Supplemental Falk Declaration in
Support of Defendant's Sentencing
Memorandum

No. CR-07-634 MMC

1

1       Hickey written by Rodger Scott, Jared Zaugg, and Brett Whisenant.

3 Dated:    April 22, 2008

                              BARRY J. PORTMAN
                              Federal Public Defender

                                    /S/

                              _____
                              ELIZABETH M. FALK
                              Assistant Federal Public Defender

Second Supplemental Falk Declaration in Support of Defendant's Sentencing Memorandum

No. CR-07-634 MMC

2