# Exhibit 3

1249 Hayes St.
San Francisco, CA 94117
April 20, 2008

Judge Maxine Chesney. Federal District Court
San Francisco, CA

Re: Mr. Daniel Hickey

Dear Judge Chesney:

I have been an instructor at San Francisco City College for 35 years. During most of that time I have been an activist in the American Federation of Teachers, Local 2121. I served as president of that local from 1992 through 1996, and am currently serving on the Executive Board and as a delegate to the San Francisco Labor Council.

I met Dan Hickey in the mid-1970s and have worked with him on many occasions in union activities and faculty governance. Dan and several others were responsible for creating AFT Local 2121 which represents the teachers at City College. I succeeded him as president of the Mission Faculty Council and on the CCSF Faculty Senate, and for several semesters we taught (part-time) at the same site or campus. Ironically, Dan was chairman of the Mission Faculty Council and the Skyline High School Faculty Council both at the same time.

Mr. Hickey and I have similar views on education, unionism and politics. I tend to gravitate toward outspoken people that I consider trustworthy and people who not only have strong views on issues of consequence but also act on those views, rather than theorize about the things we should do to change society for the better. He is a person I trust and respect, and any association with child pornography seems to be alien to his character and values—and the behavior I've observed for more than three decades.

Over the years, I have known Dan to be a great parent and father figure for his two children, Holly, and now Harlan. Dan had a rough time in life raising daughter Holly alone, while paying child support for his two other children from a short and failed marriage. I have never met either of the other two children.

I also know from recent conversations that Dan has been in ill health and was hospitalized on several occasions and has been required to take many powerful and dangerous drugs. Finally, Dan was a combat Marine and was always proud of his service to his country, and always gave much of his time to community service in many ways including working with Congresswoman Nancy Pelosi on Veteran's issues.

Sincerely,

*[signature]*

Rodger Scott, Ph.D.

18 April 2008

To Whom It May Concern:

I have known Dan Hickey for six years. My main source of association with him and his son, Harlan, has been through church. However, during this time I have developed a trusted relationship with the Hickey family. I have been invited to their home on several social occasions, I helped the Hickeys when Dan was in the hospital, had the pleasure of accompanying Dan when he was honored by the Korean Consulate as a Korean War veteran, and have spent time just about every Sunday with his son Harlan as his Sunday school teacher, and even several weekdays each semester in relation to the Boy Scout program, over the past half decade.

From my association with Dan I can tell you that he is a considerate, responsible and trustworthy man. More importantly, though, he is a man of integrity. The reason I know this – in addition to personal observation – is because, as a father myself, I recognize that a young man like Harlan cannot develop the qualities he has without a good father like Dan.

Please accept my personal recommendation of Dan Hickey's character and moral strength.

Sincerely,

Jared Zaugg
2554 Gough Street
San Francisco, CA 94123

Bishop R. Brent Whisenant
1326B Kobbe Ave.
San Francisco, CA 94129

April 17, 2008

Ms. Elizabeth Falk
Federal Public Defender
FAX: 415-436-7706

Dear Ms. Falk,

Dan Hickey asked that I write a letter on his behalf given his indictment last year and current court proceedings. I admit to not being wholly informed with respect to the details of this situation, but I am familiar with the basic accusations and thought I'd at least tell you a bit about my experience with Dan.

I am the bishop of one of the congregations (the "Golden Gate Ward") of the Church of Jesus Christ of Latter-Day Saints in San Francisco. In our church, the clergy consists effectively 100% of volunteers. I have a full-time job, as do all of the other folks who help to keep the congregation organized and functioning. I've been the bishop of the Golden Gate Ward since the middle of last year, prior to which I served in a number of capacities in the ward, including as a counselor to the former bishop and a teacher in various classes in the Sunday School.

I've known Dan casually for about 8 years...maybe longer. Up until the events of last October, Dan came to church virtually every Sunday with his son, Harlan, who is now 14 years old. Dan generally attends all three meetings, but generally interacts with those of us closer to his generation rather than with the young families in the ward. As far as I know – and given recent events, I suspect all suspicious activities would have surfaced if they had occurred – Dan has never conducted himself inappropriately with respect to his son or any member of the ward.

Fellow members of the ward seem to be generally uncomfortable as a result of the accusations against Dan, and he has handled himself in a respectable way. He continues to drop off Harlan at church, but generally does not attend himself. He takes my calls when I inquire as to his well-being, but hasn't asked for any counsel or help until asking if I'd write this short letter.

I'll copy Roger Carter on this letter. He preceded me as the bishop of the Golden Gate Ward and is currently the Stake President with respect to a number of wards in and around San Francisco, overseeing some ten individuals like myself.

Please do not hesitate to call me at my home at 415 422 0232 if you have any questions or if I can be of further assistance.

Sincerely,

BrentWhisenant