BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HICKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0634 MMC |
| ) | |
| Plaintiff, ) | MOTION AND [PROPOSED] ORDER TO SEAL SUPPLEMENTAL REPORT OF DR. |
| ) | JULES BURSTEIN IN SUPPORT OF |
| v. ) | SENTENCING MEMORANDUM |
| ) | |
| DANIEL HICKEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Attorney of record Elizabeth M. Falk now moves this Court to file under seal the enclosed Supplemental Report of Dr. Jules Burstein. This document is a confidential medical report that was disclosed to counsel with the provision that counsel maintain its confidential nature with the Court. As this item should not be placed on the public docket for confidentiality reasons, counsel now moves herein for a Sealing Order.

**ARGUMENT**

The report enclosed herein contains sensitive and personal information about Mr. Hickey that is traditionally not placed on the public docket. Pursuant to Northern District of California Criminal Local Rule 32-7, said information remains confidential and is only read and utilized by the U.S. Probation Department and the Court. Sealing the record will maintain its confidential

1  nature in accordance with the local rule, and will keep this document out of the public record.

2  Accordingly, undersigned counsel moves for a Sealing Order ensuring that the Supplemental

3  Report of Dr. Jules Burstein remains confidential.

**CONCLUSION**

5  Wherefore, Mr. Hickey requests that this Court will grant this motion and order the

6  enclosed document entitled "Supplemental Report of Dr. Jules Burstein In Support of

7  Defendant's Sentencing" to be filed under seal.

Dated: April 22, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

ELIZABETH M. FALK
Assistant Federal Public Defender

**[PROPOSED] ORDER**

For good cause shown, the document entitled "Supplemental Report of Dr. Jules Burstein" by defendant to be filed later today ~~on April 22, 2008~~, shall be maintained under seal until further order of the Court.

IT IS SO ORDERED.

Dated: __April 23__, 2008

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

CR 07-634 MMC - Motion to Seal Supplemental
Burstein Report                                    2