UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: APR 2 3 2008

Case No. CR-07-0634 MMC          JUDGE:   Maxine M. Chesney

DANIEL HICKEY
DEFENDANT                         Present (✓) Not Present ( ) In Custody ( )

ALLISON DANNER                    ELIZABETH FALK
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT

                **TRACY LUCERO**
Deputy Clerk: _____   Reporter: Kelly Boyce

## PROCEEDINGS

REASON FOR HEARING    Judgment & Sentencing - Held.

RESULT OF HEARING     Sentence - 24 months in custody,
                      8 years supervised release,
                      $100 special assessment, no fine,
                      (see judgment for additional conditions)

                      USPO - Jessica Goldsberry

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
            (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____