BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant HICKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-0634 MMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER FOR MODIFICATION OF BAIL CONDITIONS |
| v. | ) | |
| DANIEL HICKEY, | ) | Court: Honorable Maxine M. Chesney |
| Defendant. | ) | |

At the sentencing hearing on April 23, 2008, this Court orally modified the conditions of Mr. Hickey's release.  In particular, this Court ordered 1) that the condition requiring Mr. Hickey to live at 840 Capp Street with his in-laws shall be rescinded, and 2) that the condition forbidding Mr. Hickey from any contact with his son outside of the presence of a supervising adult be rescinded. United States Pretrial Services Officer Tim Elder has now contacted defense counsel Elizabeth Falk indicating that he needs a written order stating the aforementioned.

WHEREFORE, the conditions of defendant Daniel Hickey's release pending self-surrender to

U.S. v. Hickey, 07-634 MMC;
Order Modifying Conditions of Release

1

the Bureau of Prisons are hereby MODIFIED as follows:

1. Mr. Hickey is no longer required to live at 840 Capp Street, San Francisco, California with his in-laws. He is hereby permitted to return to his residence at 2935 Clay Street, San Francisco, California and may reside there 24 hours a day with his wife, Estella Hickey and his son Harlan;

2. Mr. Hickey is hereby permitted to interact with his son outside of the presence of a supervising adult. The condition requiring supervised visitation between Mr. Hickey and his son Harlan is hereby REVOKED.

IT IS SO ORDERED.

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

U.S. v. Hickey, 07-634 MMC;
Order Modifying Conditions of Release

2