05/30/2008 01:41 PM EST

San Francisco

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

| Party # | Party Name | Fnnd | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000634 | | US V HICKEY | | | | | | | |
| 001 | DANIEL MARSHALL HICKEY 504100 | | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611019642 | 1 | PR | 100.00 | 05/29/2008 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

$ 100.00  SPECIAL ASSESSMENT
PAID IN FULL
on 5-29-08

FILED
JUN 4 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07-634

Page 1  of  1