IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL HICKEY,<br><br>　　　　Defendant<br>_____ / | No. CR-07-0634 MMC<br><br>**ORDER SETTING DEADLINE FOR OPPOSITION TO MOTION FOR EXTENSION OF SELF-SURRENDER DATE** |

Given the relatively brief period of time between the June 24, 2008 filing of defendant's motion to extend the self-surrender date and the July 1, 2008 surrender date itself, plaintiff's opposition to said motion shall be filed no later than 4:00 p.m. on Friday, June 27, 2008. See Crim. L.R. 47-3.

**IT IS SO ORDERED.**

Dated: June 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge