IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0634 MMC |
| Plaintiff, | **ORDER RE: MOTION FOR EXTENSION OF SELF-SURRENDER DATE** |
| v. | |
| DANIEL HICKEY, | |
| Defendant / | |

  Before the Court is defendant's "Emergency Motion for 60 Day Extension of Self-Surrender Date," filed June 24, 2008, and the Government's opposition thereto, filed June 27, 2008.

  Having read and considered the parties' respective submissions, the Court finds a hearing on the matter is necessary.

  Accordingly, the parties shall appear before the Court on Wednesday, July 9, 2008, at 2:30 p.m., and the date for defendant's self-surrender is hereby EXTENDED by 10 days to July 11, 2008.

  At the hearing, counsel for defendant should be prepared to provide a specific showing as to why testing was ordered for a date substantially after the surrender date, particularly given defendant's hospitalization in mid-May, as well as for the timing of the

1  instant motion.  Additionally, counsel for defendant should be prepared to show why the
2  proposed testing cannot be performed through the Bureau of Prisons.
3  **IT IS SO ORDERED.**

5  Dated: June 27, 2008

_____
MAXINE M. CHESNEY
United States District Judge