BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HICKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>DANIEL HICKEY<br><br>               Defendant. | No. CR-07-634 MMC<br><br>**[PROPOSED] ORDER RESETTING DATE FOR SELF-SURRENDER TO THE BUREAU OF PRISONS TO AUGUST 31, 2008.**<br><br>Date:   July 11, 2008<br>Court:  The Honorable Maxine M. Chesney |

    On July 9, 2008, this Court held a hearing on defendant Daniel Hickey's motion for stay of self-surrender date to the custody of the Bureau of Prisons. For the reasons stated at the hearing, this Court granted Mr. Hickey's motion and ordered a stay of the self-surrender date to August 31, 2008.

    The previous self-surrender date set by this Court of July 11, 2008 is hereby VACATED. Mr. Hickey is hereby ORDERED to report to his designated institution, Terminal Island FCI, no later than August 31, 2008 at 2:00 p.m.

    **IT IS SO ORDERED**.

Dated: July 11, 2008

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[Proposed] Order Extending Self-Surrender Date
No. CR-07-634 MMC

1